UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

NEELU PAL, M.D., :

               Plaintiff, :

     -against- :

NEW YORK UNIVERSITY, :

               Defendant. :

----------------------------------------------------------x

**DISCOVERY ORDER**

06 Civ. 5892 (BSJ)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-10

**FRANK MAAS**, United States Magistrate Judge.

      By letter dated January 21, 2010, Pal's counsel seeks an order declaring certain documents "non-confidential" so that Pal can use them to protest another hospital's recent denial of privileges to her. The reason for this request is that Pal "believes" that one of her former supervisors at NYU "made false and negative comments about her that resulted in the denial." No basis for this belief is set forth in counsel's letter. Accordingly, because the application is based on sheer speculation, it is DENIED.

      SO ORDERED.

Dated:     New York, New York
             January 25, 2010

                                       FRANK MAAS
                              United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Jason L. Solotaroff, Esq.
(212) 473-8096 (fax)

Diane Krebs, Esq.
(212) 269-5505 (fax)