**Christine J. Ren**



| | |
|---|---|
| From: | Neelu Pal [paln01@nyu.edu] |
| Sent: | Wednesday, December 14, 2005 7:28 PM |
| To: | Stuart Marcus |
| Cc: | 'Stuart G. Marcus'; 'Thomas S Riles'; leon.pachter@med.nyu.edu; 'Christine J. Ren'; 'George A Fielding'; 'Kajal Desai'; 'Beth I Abrams' |
| Subject: | Re: RE: Resident Coverage for the General Surgery and Bariatric Surgery patients |

Thank you Dr. Marcus, I really appreciate it.
Neelu Pal



----- Original Message -----
From: Stuart Marcus <stuart.marcus@med.nyu.edu>
Date: Wednesday, December 14, 2005 10:27 am
Subject: RE: Resident Coverage for the General Surgery and Bariatric Surgery patients

> Thanks for your note.  I have repeatedly told the Group I
> residents that
> they are responsible for Dr. Ren and Fielding's patients.  This
> may have
> been an issue because Dr. Ricci was cross-covering.  I will make
> sure the
> residents understand their responsibilities relating to these
> patients.  You
> are absolutely correct in your assessment of the situation
>
> Stuart Marcus, M.D.
> Program Director
>
> -----Original Message-----
> From: Neelu Pal [mailto:paln01@nyu.edu]
> Sent: Tuesday, December 13, 2005 11:22 PM
> To: Stuart G. Marcus; Thomas S Riles; leon.pachter@med.nyu.edu;
> leon.pachter@med.nyu.edu; 'Christine J. Ren'; George A Fielding
> Cc: Kajal Desai; Beth I Abrams
> Subject: Resident Coverage for the General Surgery and Bariatric
> Surgerypatients
>
> Dr. Marcus,
> I am the bariatric fellow and I have an ongoing problem with the
> residentcoverage for the patients admitted to Drs. Ren and
> Fielding.
> I have been very patient and diligent with calling the residents
> and telling
> them about the inhouse bariatric patients but it seems they do not
> understand their responsibilities adequately. Could you please
> help by
> making it clear to them that they are required to cover these
> patients while
> on call?
> I was called by nurse Catherine, about a patient on 12 E. The
> patient is
> admitted to Dr. Ren with a diagnosis of acute diverticulitis. The
> nursecalled the surgery resident on call (pgr 1288, John Ricci)
> with some
> questions regarding the patient. The resident was very unhelpful
> and rude to
> the nurse and told her to call me since the patient was admitted
> Dr. Ren.
> I asked the nurse to call the resident again and see what the
> problem was,
> maybe he had questions I could help him with and if he could call me
> directly. The nurse called him back and he told the nurse that he

1

CONFIDENTIAL

D 00060

would not
cover Dr. Ren's patients since I had not given him sign out. The
illinessof the entire situation is beyond words. This is only one
nt that I
tion, but there have been many other similar situations. If this was an
emergency and the nurse had to keep calling back and forth the
situationcould end very differently with an adverse outcome for the patient.
Even in the OR the interns/residents who scrub with Drs. Ren and Fielding do
not really have to do any so-called scut - I obtain all the consents, do the
H&Ps, and the post op orders. They just have to show up for the case. It is
really unfortunate that the work ethic that they are developing at
thisgreat institution with such an incredible surgical history is so poor.
. Having said this, I have to say that some of the residents have been
. excellent with taking care of the in-house bariatric patients.
;ambol,
. Gobble, Sadek and Kate were truly good and their efforts were
&gt; appreciated.I am certain that this was all a misunderstanding and
&gt; if you give the
&gt; residents clear instructions regarding their patient care
&gt; responsibiliteswhile on call, then I we can ensure that there are
&gt; no adverse events for
&gt; patients. Also the nursing staff will not have to waste time with
&gt; unnecessary phone calls. Please let me know how else I can help to
&gt; resolvethis matter.
&gt; Sincerely
&gt; Neelu Pal