## Christine J. Ren

**From:** Christine J. Ren [christine.ren@med.nyu.edu]
**Sent:** Friday, January 20, 2006 4:02 PM
**To:** 'neelupal@hotmail.com'
**Subject:** FW: Bariatric pt lists



Do you think that would be a good way to sign out?

-----Original Message-----
From: Cartolano, Barbara [mailto:Barbara.Cartolano@nyumc.org]
Sent: Friday, January 20, 2006 1:40 PM
To: christine.ren@med.nyu.edu; Fielding, George
Cc: Keller, Ronald; Kent, Martha
Subject: Bariatric pt lists

Chris,
    I made the inquiry with ICIS/HIS. There is a standard list for each group including Bariatrics......... Each group must create their own list..... However there is no way to merge or send patients between lists.

What is happening now is Neelu is customizing a list specific for her access including preops ect........No one else can see it.

The suggestion which was made is to place those patients for coverage into the STANDARD BARIATRIC INPATIENT list and allow the Group I coverage to simply print out the list. (all residents have access to all lists).
   Hope this will help.... bc

**CONFIDENTIAL**   1   D 00071