
DEFENDANT'S EXHIBIT A1

January 25, 2006

Neelu Pal, M.D.
Victor Place Apt. 9B
Bloomfield, New Jersey 07003

Re: <u>Summary Suspension</u>

Dear Dr. Pal,

    As Chairman of the Department of Surgery and Director of the Bariatric Surgery Fellowship Program, we are meeting with you today to provide this written notice that, in accordance with the enclosed Evaluation, Corrective Action and Disciplinary Policy for Residents (the "Policy"), you are being summarily suspended as of today, January 25, 2006, due to our belief that your past actions and continued participation in the program may have constituted and would continue pose a threat to the welfare and safety of patients. This suspension is for a four-week period, ending February 22, 2006, during which time an investigation of the allegations leading to your suspension will be conducted.

    Pursuant to Section IV.A of the Policy, we are informing you that the actions giving rise to this disciplinary action were your self-admitted phone calls to patients encouraging them to reconsider their decisions to undergo surgery, emphasizing the risks and possible mortality associated with the procedure. Your attempt to scare patients into canceling their treatment in this manner, anonymously using NYU Hospitals Center phone lines, is an egregious example of unprofessional and irresponsible behavior.

    In light of the above, we are very concerned about your judgment and have determined that it would be unsafe for you to retain privileges or have any patient contact at this time. We are requesting that you turn in your I.D. badge, keys and any other Hospital property at this time. Under Section V - "Appeals" of the Policy, you have a right to appeal this suspension by providing a written request for a hearing to your Department Chair, Dr. Thomas Riles, within 7 calendar days of your receipt of this written notice. If no request is submitted within such period, this decision shall become final and not subject to further review.

Sincerely,

/S/

Thomas Riles, M.D.

/S/

Christine Ren, M.D.

cc: Deborah Considine

**CONFIDENTIAL**
    D 00217