

DEFENDANT'S EXHIBIT
C1

LAW OFFICES
**PAUL K. ROONEY, P.C.**
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NEW YORK 10175-3399

TELEPHONE (212) 687-1960
FACSIMILE   (212) 687-5334
E-MAIL PKR101@AOL.COM

PAUL K. ROONEY                                                    ALYSSA A. FORSLUND

January 31, 2006

VIA FACSIMILE (212-263-2380)
Thomas S. Riles, M.D.
New York University School of Medicine
Department of Surgery
530 First Avenue
New York, NY 10016

Re: Neelu Pal, M.D.

Dear Ms. Lowey:

I represent Dr. Neelu Pal and write in response to the letter, dated January 25, 2006, from Drs. Thomas Riles and Christine Ren to her.

On Friday, January 27, 2006, I conferred with Annette Johnson, Esq. Later that day we had a telephone conversation in which she made a proposal to me. I am not yet in a position to respond to that proposal but plan to do so.

In the meantime, and so as not to waive any right of appeal, kindly be advised that under Section V of the Disciplinary Policy for Residents we hereby appeal the suspension summarily imposed on January 25, 2006 and request a hearing.

Very truly yours,

Paul K. Rooney

cc: Lynn Lowey, Esq. (Legal - Office of the Dean)
    VIA FACSIMILE (212-404-4092)
    Neelu Pal, M.D.

RECEIVED FEB - 1 2006
Office of Legal Counsel

**CONFIDENTIAL**                                                   D 00219