

LAW OFFICES
**PAUL K. ROONEY, P.C.**
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NEW YORK 10175-3399

TELEPHONE (212) 687-1960
FACSIMILE  (212) 687-5334
E-MAIL PKR101@AOL.COM

PAUL K. ROONEY

ALYSSA A. FORSLUND

February 1, 2006

VIA FACSIMILE (212-404-4092)
Lynn Lowy, Esq.
NYU School of Medicine
Office of the Dean (Legal Dep't)
530 First Avenue
New York, NY 10016

RECEIVED
FEB -6 2006
Office of Legal Counsel

Re: Neelu Pal, M.D.

Dear Ms. Lowy:

On Friday, January 27, 2006, I discussed, inter alia, a voluntary resignation by Dr. Pal with Annette Johnson, Esq.. After discussing the matter with Dr. Pal, a resignation, even with an "appropriate" reference letter will not enable her to pursue her training in another program. Undoubtedly, those in charge of another program will want to speak to Drs. Ren and Fielding. Given the unfortunate environment among Drs. Ren, Fielding and Pal, it is not likely that Drs. Ren and Fielding will give Dr. Pal a good recommendation, despite Dr. Fielding's email to Dr. Pal on January 24, 2006 in which he stated: "Neelu, you are an outstanding doctor ...."

Dr. Pal has completed almost half of her training. She wants to complete the last four months of her fellowship and go on with her medical life. She does not want to resign and forfeit her work over the prior four months. Also, it is now too late for her to gain entry into a program for next year.

We need to resolve this situation in a manner in which Drs. Ren and Fielding do not participate in Dr. Pal's future as a medical doctor. Resignation, which I understand has to be reported to OPMC, is a blatant red flag for another institution to investigate. Who would take the word of a Fellow over her two supervisors?

**CONFIDENTIAL**

D 00221

Lynn Lowy, Esq.
February 1, 2006
Page Two

I suggest, and request, that NYU (1) appoint an Interim Program Director to supervise Dr. Pal's fellowship, and (2) allow her to pursue outside rotations at Lenox Hill and Hackensack Hospitals. Previously, Dr.Pal discussed rotations with Dr. Ren and already obtained her approval for a rotation at Lenox Hill Hospital during the period of February 24 - March 27, 2006. (See enclosed emails re: Lenox Hill). Regarding Hackensack Hospital, Dr. Pal received verbal approval to do a rotation there.

In this approach Drs. Ren and Fielding would not have to supervise Dr. Pal. The Interim Program Director could do that in the same manner that any supervisor supervises "Out-Electives." I attach an Out-Elective Request Form.

With all due respect I don't see how we can resolve this matter without the above approach. Unfortunately, Dr. Ren's anger is unrestrained. Anyone who displeases her is in danger of being fired in retaliation. Moreover, we have serious concerns with the lack of care afforded recently to a number of patients of Drs. Ren and Fielding. There are at least 10 such cases that we would be willing to discuss with you.

We find ourselves in a situation that Dr. Pal, a relatively young medical doctor interested in the care and safety of patients, has incurred the wrath of her supervisor. If Dr. Ren seeks to destroy Dr. Pal, we will have no choice but to fight back. We would like to avoid that and move on.

I await your response.

Very truly yours,

Paul K. Rooney

Encl.
cc: Neelu Pal, M.D.



**CONFIDENTIAL**　　　　D 00222