

LAW OFFICES
PAUL K. ROONEY, P.C.
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NEW YORK 10175 3399

TELEPHONE (212) 687-1960
FACSIMILE   (212) 687-5334
E-MAIL PKR1O1@AOL.COM

PAUL K. ROONEY

ALYSSA A. FORSLUND

February 16, 2006

VIA FACSIMILE (212-404-4092)
Annette Johnson, Esq.
General Counsel
NYU School of Medicine
Office of the Dean (Legal Dep't)
530 First Avenue
New York, NY 10016

Re: Neelu Pal, M.D.

Dear Ms. Johnson:

   In response to your call a half hour ago, we have begun to prepare our defense. However, to participate in a meaningful appeal we need access to the Treo messages. I understand that upon her suspension, and when she turned over a telephone with text-messaging capability (917-838-8689) and adapter (receipt enclosed), you told Dr. Pal that she would have access to those messages. Would you kindly advise me when she and I may view, and copy, those messages?

Very truly yours,

Paul K. Rooney

Encl.

cc: Neelu Pal, M.D.

CONFIDENTIAL

D 00223