
DEFENDANT'S EXHIBIT N7

## WEEKEND ADMINISTRATOR QA REPORT
Date: Saturday, January 21, 2006

Jiovanni, in Admitting paged the W/A and asked that she speak with patient ▬▬▬▬ MRN ▬▬▬▬ Patient is scheduled for a lap band procedure on Monday and when Admitting called his home to remind him of his appointment he claimed that a woman had been calling him earlier in the morning warning him about the procedure. Patient reported that a woman claiming to be an OR Nurse called to inform him that 'she had watched many patients die from the procedure', 'the program is under review and will be closing' and 'he should reconsider having the surgery'. When the W/A spoke with the patient he expressed no concerns about the safety of the procedure but wanted this woman reported to Hospital Administration. W/A agreed to follow up on the issue. W/A spoke with Office Luigi Vatas and Sergeant Cirabisi in Security. They were unable to assist with any call tracing as it involved an outside line. W/A spoke withy Jean, a Supervisor in Communications and was told that while there is a 'Malicious Call' procedure a trace must be placed while the call in progress. Jean reported, after confirming with Mr. Fritz, a technician, that there was no system in place for reviewing the calls made from an in-hospital phone to an outside number. W/A spoke with A. Horrocks who suggested that the W/A page the physician involved in the case. W/A spoke with Dr. Fielding, the Surgeon on record. After speaking with the patient himself, Dr. Fielding paged the W/A to report that this patient is a young individual in an extremely high position at Bank of America, and does believe the claim. W/A spoke with M. Sonnenshein about the situation. She asked that Dr. Fielding be paged to her phone number. W/A gave Dr. Fielding M. Sonnenshein's telephone number and he was going to call her directly. Andrew Candres, Director of Communications, paged the W/A. He explained that there is, in fact, a process in place to identify the outgoing calls made from an in-hospital phone. He will have to check as to whether the system reviewing only long distance calls as the patient called had a (212) area code. A. Candres asked if the review could be on Monday and the W/A responded that she was seek approval before instructing him to begin a phone review. If W/A did not have an answer by the end of the day, a FOLLOW UP would be included in the Administrator's report.

Weekend Administrator: M. Epstein


## WEEKEND ADMINISTRATOR QA REPORT
Date: Sunday, January 22, 2006

### Bariatric Surgery Prank Calls
With regard to the bariatric surgery issue from yesterday's Weekend Administration report and additional reports from patients who received similar mysterious calls, Mona Sonnenshein and Dr. Ren requested that all patients scheduled for surgery tomorrow be contacted to either warn or reassure them about the situation. All patients were contacted as of 6:45pm; those who I did not speak with directly have instructions for how to contact the Nursing Administrator for more information. A few of the patients did in fact receive strange calls from an NYU phone line (caller ID came through with the main hospital number 212.263.7000). Another patient had cancelled her surgery in response to the call, but fortunately changed her mind when I spoke with her (we confirmed she's still on the schedule for tomorrow). Telecommunications is investigating this and a separate detailed email was sent to Mona Sonnenshein, Christine Ren, and Bruce Baulch regarding the issue. Nursing Administration and Admitting are aware of the situation should any of the patients call for more information this evening. Marlena in Admitting was incredibly helpful this afternoon.

Weekend Administrator: Rebecca Fishman

**CONFIDENTIAL**   D 00260