# NEW YORK UNIVERSITY SCHOOL OF MEDICINE

Richard I. Levin, M.D.
Vice Dean for Education, Faculty and Academic Affairs
Professor of Medicine

550 First Avenue, New York, NY 10016
Telephone: (212) 263-8003
Facsimile: (212) 263-3297
E-mail: richard.levin@med.nyu.edu



May 31, 2006

Neelu Pal, M.D.
Victor Place, Apt. 9B
Bloomfield, New Jersey 07003

Dear Dr. Pal:

    As the Dean's designee, I have reviewed the recommendations of the Appeals Committee, chaired by Dr. Mitchell H. Charap, which met to review your appeal of the summary suspension and termination decision by the Department of Surgery. I am in agreement with their conclusions and uphold the decision of the Program to terminate your participation in the Bariatric Surgery training program.

    In accordance with the Evaluation, Corrective Action and Disciplinary Policy for Residents, Section V. 13, this decision is final and not subject to further appeal. Please let me know if you have any questions. A copy of the Committee's recommendation is attached.

Sincerely,

Richard I. Levin, M.D.
Vice Dean for Education, Faculty and Academic Affairs
New York University School of Medicine

cc:   Carol A. Bernstein, M.D.
      Max M. Cohen, M.D.
      Ms. Deborah A. Considine
      H. Leon Pachter,   M.D.
      Christine J. Ren, M.D.
      Thomas S. Riles, M.D.
      Jason Solotaroff, Esq.

New York University

**CONFIDENTIAL**

D 00288