

**DEFENDANT'S EXHIBIT S1**

1/24/06
NEBEL PAC 917-838-8689

10/4/05. CREDENTIALING BASICALLY OK
WORRIED ABOUT PAYMENTS
ONLY ONE CALLED TO RISK MANAGEMENT

50's ♀ NEEDED LAP BAND & A PANICULECTOMY.
FIELDING PT.
COULD NOT DO IT LAP → OPEN
DIED $\bar{p}$ OP 2.
7:15 PM → 4:40 AM PAGED BY SURG.
INTERN. DR REN ON CALL.
PHONE ON ALL THE TIME.

BAD CONNECTION — NEVER CALLED BACK.
PT CODING → FIELDING WENT.

H+Ps IN OFFICE, MISSING INFO SUCH
AS SLEEP APNEA + ANTI-COAG, BASIC
DIAGNOSES.
COMPUTERIZED H+P PUT IN BY NURSE
P.
15-20 CASES ON MONDAYS.
SIGN CONSENTS $\bar{c}$ PTS + SIGN PRE-
PRINTED H+P FORMS.
SUPPOSED TO PUT IN ORDERS EVEN
$\bar{s}$ SCRUBBING. NOW REFUSED.

② 

MIS
(WEB SITE INFO ABOUT PROG INCORRECT)
SCRUBBING ONLY ON GASTRIC BANDS
20 CASES BOOKED MONDAY
GOT CHARTS FRIDAY EVENING
CANCELLED 2 FOR INSURANCE

ALONE IN THE OR c̄ PT WHO WAS DOING
POORLY R&N + FELDRIC GONE SPIKE 3 (⇞)
CALLED PATIENTS TO ADVISE THEM (⇞)
ON SATURDAY HAD A DEATH, TALK TO
R+F ABOUT SAFETY.

10 DAYS AGO ASK M.