**Fielding, Christine**

From: Sonnenshein, Mona [Mona.Sonnenshein@nyumc.org]
Sent: Tuesday, January 24, 2006 5:12 PM
To: christine.ren@med.nyu.edu; Hofstetter, Steven
Cc: george.fielding@med.nyu.edu
Subject: Re: PHone Calls



DEFENDANT'S EXHIBIT W1

Unbelievable. I have not discussed this with anyone besides Steve. Many people were aware of the prank phonecalls and that we were going to investigate but not the findings!


-----Original Message-----
From: Christine J. Ren
To: Sonnenshein, Mona; Hofstetter, Steven
CC: 'George Fielding'
Sent: Tue Jan 24 16:59:43 2006
Subject: RE: PHone Calls

Mona and Steve,
please impress on any of your colleagues that may know about this, to not talk to anyone about this. I just heard from Stu Marcus the following:
"did you hear about the phone call? Well the calls came from the MIUU on the 2nd floor and they have surveillance tapes. After reviewing them, the only person that they saw in that area was your fellow".

Lovely. Convicted by gossip already. This is what we were afraid of. I hadn't even breathed a word to Stu about the phone call!

D 00312