

DEFENDANT'S
EXHIBIT

C2

# TREO

# MESSAGES

CONFIDENTIAL

D 00401

MemoDB

MemoDB
DATAmemo
Unfiled     Business     Personal

Take quick notes on your Treo

Memo Pad is a great place to take notes or keep track of important lists, directions or any text you want to carry on your phone.

To create a new memo, just begin typing.
Me (12/6 10:24 am): Hi m moving ███████ to 12.. ..she is not having a good experience with nurses here... Had bm. I took out ngt.. Will start bar clears?
Me (12/6 1:32 pm): Hi did ████████ also have a band ? In database there are notes about fluid being removed .... I m writing m &m and sending to nicola so let me know....
Me (12/6 1:52 pm): Hi who was the ent consultant u wantd for ███████....i heard walsman or wosen....i called ent one is phd the other no longr works here.....
Me (12/6 1:57 pm): ...i called dr.plasse who was availble to see her soon...hope that ok...
Me (12/6 4:38 pm): Hi I sent in the m&m with drawing send me pictures will send to nichola tommorrow
Christine Ren (12/6 5:49 pm): puree tomorrow. If OK, d/c home on Thursday
Christine Ren (12/6 5:49 pm): She does not have a band
Me (12/6 5:50 pm): Ok...thnx I think joanna put it in by mistake ...corrected it
Me (12/7 8:45 am): ███████ looks excellent started puree..... will. dc tommorrow...cannot locate her ct ....r u going to be here tommorrow morning for m&m
Me (12/7 8:46 am): ...coz I see on meeting maker that u r not...
Christine Ren (12/7 8:48 am): yes. I'll be at M&M then to a course
Me (12/7 12:42 pm): Did u ever get a chance to talk to kim's mom ? Is there any news at all...i m worried coz she would txt me every couple of days and then suddenly stopped.....
Me (12/7 12:44 pm): ...i think I should to her appt make sure she is ok so we can all stop worrying she is locked up in some dungeon....
Me (12/7 1:05 pm):
Me (12/7 5:23 pm): ...so I went to see kim she was there and fine  according to her downstairs neighbour...but she woulddnlt answer hr door..that may be the last I worry about her
Christine Ren (12/7 5:25 pm): wow. That's very worrying for her. She has really lost it. I can't say I have ever seen such behavior. She's really going to screw herself and I feel so bad for
Christine Ren (12/7 5:25 pm): For her
Me (12/7 5:28 pm): ...yeah..but her neighbor says she is totally fine....so we can stop worrying about accidents kidnappings and such....the rest is up to her....
Christine Ren (12/7 5:32 pm): yes. I'm very relieved about that. But I still don't get it! Why doesn't she want to get all this straightened out?
Me (12/7 5:35 pm): I think she just was not sure about what she wanted to do before she joined.....i almost did not join after I spoke with her on the ph the first time....
Me (12/7 5:37 pm): ..after I did start I was mostly just wondering what she was talking about...every ace and program has good and bad sides to it....she focused on the bad....
Christine Ren (12/7 5:37 pm): Really? How come?

Page 1

**CONFIDENTIAL**

D 00402

MemoDB

Me (12/7 5:38 pm): ...barrie annd me have a bet...barrie thinks she will come back...i don't think so....
Christine Ren (12/7 5:41 pm): Really? I had absolutely no idea that she had any complaints at all. And I
can read people pretty well. I agree about nothing being perfect, but she and Duane
Christine Ren (12/7 5:41 pm): Got on so well, I thought I would have picked up on something.
Me (12/7 5:43 pm): I got the impression that she was not happy .....i could be totally wrong becaause
suck at reading people....she did like duane a lot....said very good things
Christine Ren (12/7 5:45 pm): wow. That's very interesting. Are you unhappy?
Me (12/7 5:45 pm): About him always....
Christine Ren (12/7 5:48 pm): about whom?
Me (12/7 5:48 pm): Yes I m misreable....if I had any sense I would be on wall st making serious money
and going sailing.....no of course I m not unhappy
Me (12/7 5:49 pm): About duane
Me (12/7 5:51 pm): I m happy...now if I could get your bk actt number I would be truely happy....i could
tell all prospctive fellows what a great place this is.....
Christine Ren (12/7 5:53 pm): gotcha. The message got split. I hope Ha Ha. You probably have it
already. you know that u can be honest with me and tell me if u r unhappy about something
Me (12/7 5:53 pm): I think kim will be fine....i will be thrilld to share h&ps consent discharges with her
when she comes back...i just don't think she's coming.....
Christine Ren (12/7 5:54 pm): I agree and we'll have to work out how to distribute that work load for u.
Me (12/7 5:55 pm): Will do that...boss...no really I am happy ......i m not very diplomatic...so when I
whine or complain I don't always want you to do something about it...mostly
Me (12/7 5:56 pm): I m just venting.....nonono....the work is fine I have a system please don't mess with
unless I m sucking at it...
Christine Ren (12/7 5:58 pm): U don't suck at all. you are fantastic. But your joking does sometimes.
Because many a truth is said in jest.
Me (12/7 6:01 pm): I was not being sarcastic at all .... I mean it ... I m ok with everything....i m not
feeling overworked...
Me (12/7 6:02 pm): I know the stuff I say only I find it funny vs dr fielding...he says stuff that is really
funny and doesn't even crack a smile.....
Christine Ren (12/7 6:03 pm): ok. Good.
Me (12/7 6:05 pm): Will see u tommorrow at m & m.... I may cry if they ask me too nany questions so u
should be there >:-)
Me (12/7 6:06 pm): Shucks wrong smiley face....this is the one I meant :-p
Christine Ren (12/7 6:07 pm): you'll do just fine. G and I will be there. We certainly didn't do anything
wrong. I had discussed it with transfering surgeon.
Me (12/8 7:25 am): Hi m& m starts at 745 today...interview day....
Christine Ren (12/8 7:25 am): on our way.
Christine Ren (12/8 7:31 am): thank god. We overslept the alarm.
Me (12/8 7:34 am): U have time I m sure 7 45 means 8....what wth all residents milling around trying to
get at the donuts....
Me (12/8 8:49 am): That was not too bad...a lot more rad signs though that we could have talked about..
Me (12/8 8:50 am): ..so she looks great and m  sending her home....
Me (12/8 8:53 am): ...she says she is staying coz of social issues? Her mom spoke to dr. Fielding ?
Christine Ren (12/8 8:55 am): I need to speak w/ her. l heard. You did great. What happened to the OR
photo?

Page 2

MemoDB

Me ([redacted] 2/8 9:00 am): ...i sent it to nichola as attachment...i m not sure why she did not put it in....will check my sent box ....but very sure it was attached..ok ...

Me (12/8 9:01 am): ..i m calling social worker to talk to her too..maybe that will help resolve it....

Me (12/8 11:38 am): Hi...[redacted] is going home..[redacted] is going to try get her bed...i wrote all scripts/letter...kim showed p at meeting duane tells me...

Christine Ren  (12/8 12:51 pm): good about [redacted] Yes. Will tell u about Kim when I return

Me (12/8 12:53 pm): ..yea I kinda sorta heard...i don't buy it...

Christine Ren  (12/8 12:53 pm): oh yeah?

Me (12/8 12:56 pm): ..well i only heard second hand...so u tell me when u get back....

Christine Ren  (12/9 3:37 pm): can you plan to be in the office to see patients both Tuesday and Wed? I'll see u tonite, right? Being deposed is torture

Me (12/9 4:26 pm): Hi I just saw the message...i was told that since u were leaving no one was working after 13 th....i have to take my daughter for immunisation and then....

Me (12/9 4:30 pm): For opthal eval those days....are u not going to australia....

Christine Ren  (12/9 5:18 pm): yes. But [redacted] is getting his hiatal hernia repaired on Monday on short notice, and there 5 H&P's on Wed. Also, we r seeing patients all morning on Tues before

Christine Ren  (12/9 5:18 pm): We fly out. Were u planning on taking the 2 weeks off too?

Me (12/9 5:20 pm): No not taking 2 weeks off but I do need tuesday and wed for the pedes visit...if I had known before I would have made appts for other days...[redacted] was in....

Me (12/9 5:22 pm): Meeting maker for sat...

Christine Ren  (12/9 5:46 pm): Didn't get approved in time

Christine Ren  (12/11 9:37 pm): can u make sure that we can tape our hiatal hernia repair tomorrow? [redacted]d my tower and a couple of blank CD's or DVD's

Me (12/11 9:38 pm): Sure will do.

Christine Ren  (12/11 9:38 pm): thanks

Me (12/12 6:57 am): Hi..we can get recording for first case...will have to move second case to follow if want to record...

Christine Ren  (12/12 6:59 am): first case is enough. Does OR know to move George's cases up in room 12 and put [redacted] 3rd or 4th?

Me (12/12 7:03 am): No the or did not know....i guess no one from office called...i called they are making changes and calling patients to come in early now....

Christine Ren  (12/12 7:15 am): you're shitting. I told her yesterday at New City to call admitting AND OR

Christine Ren  (12/12 7:18 am): they also need an order for [redacted] blood test

Me (12/13 11:23 am): Hi  I have [redacted] in room 2  u have to see her...

Me (12/13 1:58 pm): I m going for kids pedes appt..at 245 ....it was busy but I did ok I think....there was one pt that came in as I  was leaving....allison is going to see her...

Me (12/13 1:59 pm):  will see the inhouse pt later today....have to come back to see [redacted] anyway....

Christine Ren  (12/13 2:01 pm): ok. Have a wonderful Christmas!

Me (12/13 2:31 pm): Thnx u too have a safe trip..will txt u every couple of days to let u know how things are....tell mary not to be too mean to me...ha ha  :-)

Christine Ren  (12/13 2:32 pm): No, she's scared of YOU! I'll give u our contact info when we get there.

Me (12/13 2:33 pm): ....will go to lunch with her sometime this week to try and get along...i m just a [redacted]tle person for now.....not forever......

Christine Ren  (12/13 2:36 pm): ain't that the truth

CONFIDENTIAL

D 00404

MemoDB

Christine Ren  (12/13 4:35 pm): we r boardng. I'll check my messges on 6 hrs when we land in LA.
Me (12/14 12:34 am): Ha ha read your earlier txt that she's scared of me.....then she must be TERRIFIED
of ▮▮▮▮▮...seriously I just want to get along it is not useful to anyone...
Me (12/14 12:35 am):  if things stay like this....
Christine Ren (12/14 12:37 am): agree. Perhaps it may be useful to speak to Beth about this?
Me (12/17 10:48 pm): Hi do u remember a ▮▮▮▮▮▮▮, gastric bypass....u ordered outpt ct to r/o int
hernia....well she had it done today....radiologist called...high grd obst...
Message Failed
Delivery Report:
Message to 9175797017 Expired
Original Sent At:
12/14/05 7:20 pm
Me (12/17 10:48 pm): The patient cannot be located , radiologist left messages, I did also and I had
nicole call a couple of times....her ph no in exempla and chart is disconnected.
Message Failed
Delivery Report:
Message to 9175797017 Expired
Original Sent At:
12/14/05 7:22 pm
Me (12/17 10:48 pm): Do you have any ph nos ie maybe u called her from your cell  ?
Message Failed
Delivery Report:
Message to 9175797017 Expired
Original Sent At:
12/14/05 7:23 pm
Me (12/17 10:48 pm): ..if so may have number in the outgoing calls ... Message Failed
Delivery Report:
Message to 9175797017 Expired
Original Sent At:
12/14/05 7:36 pm
Me (12/17 10:48 pm): Hi l finally got in touch with her...got her ph no from dr friedman...she refused to
come to er...is coming to off
ce tommorrow...
.wil call u then.
. Message Failed  Delivery Rep
rt:  Message to 91
5797017 Expired  Original Sent At:  12/14/05 8:42 pm
Me (12/18 10:53 pm): Hi how is oz dorothy....ooops.....i  didn't type that....i am sooooo happy I just saw
▮▮▮▮▮ she looks ok and I m just doi
g f/u ct ...als
 had talk with ma
y Message Failed  Delivery Rep
rt:  Message to 91
797017 Expired  Original Sent At:  12/15/05 2:00 pm
Me (12/18 10:53 pm): ...i think we are going to be ok....so u won't have to worry about us having hissy

CONFIDENTIAL

D 00405

MemoDB

f● each other.....
ave fun fishing
..will txt later.

..
Message Failed

Delivery Report:
Message to
175797017 Expired
Original Sent At:
12/15/05 2:02 pm
Me (12/18 10:53 pm): .. Message Failed  Delivery Report:  Message to 9175797017 Expired  Original
Sent At:  12/15/05 4:23 pm
Me (12/19 12:27 pm): Hi...just want
o touch base ab
ut a couple of th
ngs....██████ got her repeat
ct..no sbo...so if
anything it is intermittent....also do u want pts to go to  Message Failed  Delivery Report:  Message to
9175797017 Expired  Original Sent At:  12/16/05 12:21 pm
Me (12/19 12:27 pm): Er before talkin
to me? Mary ha
en insts that
when pts call they r to be tol
to go to er.....i
thought I had cleared it up yesterday...but I guess not.... Message Failed  Delivery Report:  Message to
9175797017 Expired  Original Sent At:  12/16/05 12:23 pm
Me (12/19 12:27 pm): One pt went to
r...they stuck
eedles in him an
HEN called me....so let me kno
what exactly u wa
t done because it is getting to be a little frustrating.... Messag



**CONFIDENTIAL**

D 00406

SMS 01161413591417BFC8A9D8

S.  01161413591417BFC8A9D8
SMctHsCh
Just checking to see if I can txt u at this number.....
Yes u can . Cool

Page 1

**CONFIDENTIAL**

D 00407

SMS 2017251949BFBB0BF3

S⬤ 2017251949BFBB0BF3
SMctHsCh
Hi
Love  you
:-p
Hi sweet it starts at around 6 30 ....should I meet u there....or should I meet u outside your office
Hi sweetie am going home now how is baby will she recognizze me
Hi sweet I m going to this pt party for half hour from 630 to 7 will txt whn start back will not be much
fun so no pt u going ....
hi sweet r u back home....
Raining  take  umbrella          love  you
Ok love u
Love you :-)
Me  too
hi sweet just going home now....am going to write notes about this pt tonight then mail tommorrow..r u
going home anytm soon?
At  home
See  u in5 mins

CONFIDENTIAL

D 00408

SMS 2672357576BFBC7F5E

S    2672357576BFBC7F5E
SMctHsCh
Hi did u have fun at game....i tried to read about f'ball since dr fielding is always talking about giants....i
fell asleep like I got general anesthesia :-D
Yea i had a good time. Was cold though. Heard from kim yet
so u haave to explain it to me on friday....i m going to kim's place to make sure she is not locked up in a
dungeon somewhere....
Ha ha ha. yea i will hook you up.
Hi...so u spoke to kim I hear...ha ha now I know her neigbour .....so what conference is this ?
Some selected topics confrence in brooklyn. Kim signed me up
Have fun....
Yea right.. I am already tired and bored
Kim still has not shown up yet.. Here all alone
I think she will show up...she txtd me saying she was late....but with kim who knows....maybe she will
not...ha ha I have given up on her as of this morning....
....i just think she is rude and inconsiderate.....:-((
So true. And don'T forget selfish
Crazy. Is it busy today. Hung out with the bosses last night. I am tired. Once the bariatric part is done, I
might sneak out
..ha ha looks like we both need to vent tommorow....not busy here at all...did u get your secret santa gift
yet...did kim show up....
Kim is here
   hang out with bosses a lot...they are both ok...ie laid back...what did u guys do...
...halleluiah....
Eat at there house
....yum did he cook...he is very good....
Yea he cooked
..hi did kim tell u what is going on...is she coming back....
...i m pissed at her but still inquisitive...haha....:-D...also I need to know coz I need to plan trips etc....
do you want me to call dr traube to find out what's going on?
sorry that was for fielding
Hey ...heard you  guys had a great time after everyone left...u looked very cool with the cigar...it is
definitly your thing....m going to new city tommorrow...
....dr fielding is driving....it is goong to snow so want to take johanna along so she does not drive.. . Do u
have her ph number so I can tell her time and pla
Hey what'S up. Yea we had a good time. johanna # is ▇▇▇▇▇▇▇. Have fun
Thnx
No problem. How did today go. How many pt
Great..only 6... M dischargig now...i kind of suck at sewing so I slowed him down...but I think I pray I
will get better...
They keep telling me I don't suck but I thnk they don't want to hurt my feelings ....haha...:-D
You will. We all have been there
It'S all a matter of time. It will come. A lot of people can'T sew of tie lap wise
Fielding Is actualy a great teacher he can break down steps  and hand movements ....i know I will be
  ...see u monday?

Page 1

CONFIDENTIAL

D 00409

SMS 2672357576BFBC7F5E

oney. Have a good weekend
Hey....hows life ......r u coming in on tuesday? I m getting chicken curry so u better + u still owe me a
football lecture....lol :-D....hows kitty..heard about
Her deposition....not good?
Happy new year
Happy new year honey. How is it going. Are they working you too hard
Great...not so much yet....monday is crazy again....
r u coming in to office nxt wk sometime....i need to pick your brain about interview stuff....how do I ask
what thyre going to pay etcetc...hahahah:-D
Wow. I am so frustrated. I just pray that i will be working soon. yea i will come in if you need me to.
you will ....i pray for it too..hahaha....come in whenever u get a chance....r u going for f'bll with thm this
wkend
Yea i was invited to go. It will be fun. I now have a lawyer friend involved. So hopefully my
credentialing will speed up.
Oh that's great..yea for the lawyers...have fun at game....
Alright i*Ll talk to you later. Have a good weekend

Page 2



SMS 3472627940BFC5C7D7

S⬤ 3472627940BFC5C7D7
SMctHsCh

Do you know who is the attending physicio covering for gf and cr?
Dr elliot neumann... Is this about the pt with sbo...just have the gen surg grp 2 resident call him...
also I spoke with beth...please call me with all patient calls....if I don't pick up ph right away I will call
every couple of hrs to check if any messages...
Don't have pts go to er...i will decide who needs to go....see u tommorrow...
Not a problem. Beth informed us.
Thnx
Hi mary do u know  how many pts coming in tommorrow?
3 h p' s
can u call and reschedule I may not make it in due to weather and strike....
Thnx :-)
No problem.
Should we still reschedule the patients?
Hi...got up late ..thought u rescheduled yestrdy?....
The doctors just called. Says to give them a call when you get a chance. Dr fielding cell works over there
and ren ounce is 01161413591417
Thnx just spoke wth her
I have something to discuss with you regarding tomorrow.
Will you be coming in? We have patients who would like to see you.
..so I guess the office is closed tommorrow officially?...any way deb herman is coming in at around
430 today...i am in HR so gaspar can take staples out ...
She and in and i think she was taken cared of.
thnx

Hi mary did you call answering service and inform them that office was closed? They need to know what
to do with messages regarding apptts....also apparently...
The voice mail boxes in office are all full...so can that be corrected....i will only be able to deal with pt
medical calls not appt stuff...so can u call
And make sure it is clear .... Also there is a pt ▓▓▓▓▓ who called service yesterday to make apptt....i
thought u were in office yesterday..can u call him
I spoke with service and we have worked it out. They will pass  emergency calls to you. All calls for
appointments will not in to you.
Thnx
Hi mary I am having a difficult time understanding what pts are being told when they call...i spoke with
▓▓▓▓▓ who tells me she called multiple times
And was told she could not come in for unfill....this is the first time I am speaking with her...do u know
who she spk with and why she was told this when the
Office was open ?
No
By the way, the doctors are extending their vacation and will be back on saturday.
oooo so then thurs cases go to monday?....fun.....
onday is a holiday so probably for the following thursday

Page 1

SMS 3472627940BFC5C7D7

h maaary....more cancellations...more irritated pts.....there are quite a few who r coming in to office
for fielidng thursday

You are right about that. I guess we will just have to work it all out. Remember the hernia. She is going
to a very upset.

...lol.:-D...mary just have a fun christmas... u can only do so much...it will work out....i can talk most pts
down....except the ones who start crying....

Hi..... mary could u call day surg about resched thurs cases....then it will be official and they can stop
calling me!!!!....they r all nice though...:-)

Thnx

Hi mary I just want to make sure that office will be open tommorrow...there are pts who were not
reschedled who are calling me from in front of the office....

Hi I will not be in today...not feeling too well...came in early to see a patient....call me with any
emergencies

Hi mary a pt ...██████████ is going to come in..she needs a ct scan of abdomen and pelvis with iv and po
contrast...will need insurance preauth then she can

Come to office  2 to 3 days after ct or sooner if still has pain

Thnx

Happy new year. The patient came in and is being worked on. Just want to let you know that you are on
call jan 8, 16, 28  and jan 29

Hppy new year! Thnx for taking care of her....

Hi...do u know if miuu pts for both r&f  are cancelled...neither is there yet...

I just spoke with jo she said she spoke with you. Is everytimi ok now?

s thnx

Dr ren asked me to tell you that her is admitted and will need labs stat before surgery

Thnx

Page 2

CONFIDENTIAL

D 00412

SMS 5703500577BFF43751

5703500577BFF43751

SMctHsCh

Recovery is calling about ausch, apparently orders are messed up. Its causing a back up in recovery rm.

Hi gpar go home tell pts to clear themselves....hahahha:-D

See you tommorrow

Ha ha ha. Kik ass

Hi. I received a partial message this am. Is everything ok?

Yes I got the list of people who needed clearnce there was x next to most.....does that mean cleared or not cleared?

Cleared. Early monday. I have to call ms mihavitov doc. To get copy of echo, r u having good wkend ?

It ok so far....wahl is doing well so that's a relief....hope your weekends going well....

Rec rm called, ▇▇▇ need pou orders. I dont have his access

CONFIDENTIAL

D 00413

SMS 6462652500BFC472E6

SMS 6462652500BFC472E6
SMctHsCh

Hi fave ms.....hows life and interviews ....it was fun seeing u that day....i thnk we share same silly sense of funny....have fun...talk to u soon....

Is this ur new  cell?        Yes it was nice seeing u  2      when  u free again?

Hi office was very  busy.....will be relatively free thursday......can do lunch?

Thurs  i have an interview  on da  island     how bout next week?

Hapy  friday    u  in  da  office   mon or tue?

Merry Xmas! :-)

Happy xmas to u too ....just read both your msgs....m slacking off....had a week off work so no msgs or ph calls...m back at work on 28...

happy NY....how r intvws going....if you go to delware i'm NEVER talking to u again....hahahah

Lol  my last 1 is monday     i am  good  tho n u

There was just an   inside  edition the tv  show  on  gastric banding   it was good made me think of u   lunch on friday?

Sure thng will be fun to catch up......

Lunch?

Sure thng...but going to or for case does 130 work for u

Perfect text me when ur done

Okiedokie...hahaha I spk australian now:-D

Hi  do u want to go early....my case won't go in till later.....so i'm sitting twiddling my thumbs.....

t time is ur case?

In 1 hour....

So they tell me....

Well wut  time r u done wit da case

Hahahah...its short like 30 min case....but getting there is pulling teeth....so u want late lunch....

Yea bc  by the time i get there n  park itll  b an hour       wut time  should  i be there   if  u had 2 guess

Halleluiah...were going in now so should  be done in 45 mins...

Hi are going to start case NOW...dont hate me....

K  text me when ur done

im here

Sure will txt...where are u? ln lobby? You wnt to go hang out upsts...10th floor go surf net...willbe done very soon

Im on da street shoping   text me when ur done

Will do...

R u done?

Finally....where do u want to meet..

Im in da lobby downstairs

Hi se u in a bit

Should i wait here?

Yea..

Where are you? :-/

da loby downstairs

CONFIDENTIAL                     D 00414



SMS 6462947605BFBDAAD5

6462947605BFBDAAD5

SMctHsCh
Hi hope u had a good thnx giving I guess u r not coming back? whatever happens we should stay
friends....u have a very good heart...if I can ever be of any help
...please let me know...u really helped me with everything when I started.... I wish everything was simple
and .... U were back...it would be fun....
....i m still waiting to  say "hoodia"....hahaha....:-D
Hi...i don't want to intrude...just txt me to this number to say u r ok...i need closure...hahaa......i can't
believe that no one in the  office is worried....
Neelu, u r one CRAZY chick and i luv it. I just got home w/ my phone. Evidently duane says i late for
conference. This your number? Will call u later.
call me now...what conference?



CONFIDENTIAL          D 00415

SMS 9175182056BFBB0781

9175182056BFBB0781
SMctHsCh

Hi m going to keep ▉▉▉▉ for one day still nausea  rest ok
great
thanks

Hi ▉▉▉▉ looks good still no bm passing gas ate breakfast lives on 66....wants to go home .... Can she?
yes she can. Is her husband OK
yes she can. Is her husband OK

Yes her husband is ok .....she was so happy that u thought to ask....
tell her that's great and she can go see her next Tuesday

Hi sending ▉▉▉▉ home she looks good

...hi did ▉▉▉▉ momtalk to you about staying coz of social issues....

Hi remember ▉▉▉▉.he showed up to his internist's office ....a dr traube who came up here a little upset
about   not getting records/info on ▉▉▉▉...

did ▉▉▉ get admitted again?
▉t that I've heard

Do u want me to call dr traube to find out what's going on?

...hi...bringing 1st pt in...see u soon
5 mins. Thanks

Hi will see u tommorrow around 715 at nyu to go to ncity ? Johanna will drive from brooklyn...so I can
get a ride back with her if you are not coming back....

.to city...i had great time in or ....hope u and dr ren have recovered....ha ha > :-)
it's a pleasure. You did well. See you in the morning
it went fine. I gave them all Neelu's stuff. They ased me about my own licencing a bit. I put in a huge
plug for Duanne and Kim.

...hi...i know they called u about ▉▉▉▉ last night...she looks great...small bruise around port
site..sending her home...all else look good going home...
fantastic
we made it to the land of OZ. If you need anything just text me.  G

Hi.. Great..will do..i txtd dr ren abou ▉▉▉▉ yesterday....m going to see her in office today....

▉oes dr ren have her ph or should I txt u about all pts....

Page 1

D 00416

CONFIDENTIAL

SMS 9175182056BFBB0781



Hi I finally got in touch with her...got her ph no from dr friedman...she refused to come to er...is coming to office tommorrow.....wil call

--------

Hi how is oz dorothy....ooops.....i  didn't type that....i am sooooo happy I just saw ▓▓▓▓▓ she looks ok and I m just doing f/u ct ...als

--------

also had talk with mary
Me (12/15 2:02 pm): ...i think we are going to be ok....so u won't have to worry about us having hissy fits at each :-D

Hi I have ▓▓▓▓▓, lap GB coming to er with severe belly pain....he had it yesterday too and refused to come in....am going to call dr neumn and go to OR...
who is he? How long ago?

Hi just saw him in er had gb 2 yrs ago...looks ok...sounds like bad gastritis ....will do ct, lactate x 24 h, and endoscopy....clinically no indicatn for OR now
text us on this phone and chris will get it

Ok...will let u know ct result...

Hi...▓▓▓▓ CT was ok, 3rd lactate level was 1 ie normal, he is going home later today....
great! Thanx

Hi.... all is quiet on home front :-) just want to confirm that thurs 29 cases r to be rescheduled....day surg calling with questions...

hi a dr kumer called...wanted to know if u had heard of a dr rosemergy in florida...kumer's dad is going to have surg there....if u get a chance call him at ..

▓▓▓▓▓.....apparently kumer sends over a lot of the bariatric referrals...
yes please thusday is off the beach is too good don't know Kumer or Rosemergy happy Christma G

...done...spoke with beth and txtd mary to reschedule....happy christmas and new yr to both of u....

Hi...admitted 2 pts of dr.fielding...▓▓▓▓▓▓▓with ant abd wall abscess...drained by ir, getting iv abx
...and ▓▓▓▓▓▓▓ with vomiting dehydration

She is ok left band filled since it was like a gastroent, getting esophgm and ruq us for stones...

▓am going to ask beth and mary  to open office tommorrow since they did not reschedule pts and I am

Page 2

**CONFIDENTIAL**

D 00417

SMS 9175182056BFBB0781

g███ng all the angry ph calls....if not ok pls let me kno

--------
y I just want to make sure that office will be open tommorrow...there are pts who were not reschedled who are calling me from in front of the office
please do is ███ OK G

Yes...esopgm was good, no band unfill, she was discharged ystdy, will get outpt us....rest all ok...i think there was mix up in resched....will see all pts ....

Will call if any probs....watch out for the crocs...:-) happy new yr. youlre an excellent fellow. The beach is great. You will be rewarded . I have kept the main boss clear of all the crocs

Hahaha...have fun...

hi I just got y'r txt about being rewarded....not to sound too cheesy but both of you r teaching me...that is the reward....also that u trust me with y'r pts...
cheesy indeed, but lovely

Hi...i just met ████ in office for an unfill....she is a wonderful person...said VERY nice things about ██ and dr ren...said hi and happy new year

Hi...can I take the day off....i have a horrible gi upset and I was sure it was going to be better by this morning..clearly I was wrong....
of course
hope you feel better soon

...i hate to ask since I know the office is packed today....thnx....

Hi...there is a ███████ coming in to observe surg on th 9th...is he from westchester?

Hi m going to get consent from miuu pt ...he just got here

Hi day surg is going to be ready....███████.....in 20 mins....will txt u from room 39 on 10th floor
Did everything go OK for ███████?

--------
Me (1/7 11:58 am): Yes I discharged him yesterday after foley was in he went home with leg bag & will f/u with trovet in office... ph no is ████████

have fun at game...
We have 1 ticket. Would you like to come?
..have plans for tommorrow....also Duane promised me a little f'bll lecture so I hve SOME idea why the
Page 3

**CONFIDENTIAL**

D 00418

SMS 9175182056BFBB0781

guys beat each other up for a little ball....hahaha

...thnx though...maybe next time....
...hey if I don't find anythg you will have to adopt me....:-D
I already have enough children
you'll be fine
I know....i'll be ok...have a very hppy saturday :-)
is everything set for ████?
yes he's on for 815 ...i just have to get consent ....
make sure he understands it may end up open
Ok ...will do
do u thnk we should record the case ....or is tht not good idea....if I can arrg for it that is....
Hi....he is going to get epidural so it will be a little while...i just saw the nanny
hi...████ is in or wants to see you before he gets sedation....
done
just did ajustment for a pt ████ sis...will see u in 5 mins...
where's Mr ████ tonight?
Hi..hes on 12 east
1261
he's great
Hi...your miuu case is going in to room in 1 0 mins
████ drain is very murky looking. I think he should be on sips only, &ns get him some TPN via a
ICC line.
████ drain is very murky looking. I think he should be on sips only, &ns get him some TPN via a
PICC line.
████ drain is very murky looking. I think he should be on sips only, &ns get him some TPN via a
PICC line.
Will do..

Hi  I want to give ████ another esophgm or chrcoal to see if he really does have leak....he's not so
thrilled about picc line..also with his luck and prev empy
..ema it will get infected...enodcarditis etc....so can I r/o leak first...make him npo for now....then if no
leak....high prot+carb  shakes etc.?..
I agree with that. Completely.
he needs to have TPN if there's even a hint of a leak
Ok sounds great....
████████ passed away. Can you give me a ring when you can.
Hi....████████ is doing ok...i finally got him some chrcoal....there is no leak....maybe he can try purees
tommorow....
hi dr traube went by to see ████...he had some questions about dilation ie whn he can start if
neccessary...should I call or would you like to.....
Hi I have to go to the risk mgt office about ████████████?
Thanks i'll call him after I see him he can have soft purees if broth and other clears go down
I think the risk management visit is routine in this circumstance. I'll have to go too
Ok thnx

**CONFIDENTIAL**

D 00419



SMS 9175182056BFBB0781

That was THE most intense grilling I have EVER had....this tracy person....and then she tells me she is
NOT really from risk mgt but frm insurnce co legal dept.
that's awful. It's also bullshit that you had to do it. I'm going to see████now and will text you after.
████looks well. Can you please culture his drain fluid tomorrow. It stinks. Please leave him on liquids
another 48 hrs. He's turning the corner. I'd se
nd him home with the drain and have traube dilate him with the drain in. I'll speak to Traube tomorrow.
Can you please have a chat to me tomorrow about the job stuff.

Sure thng see u tmorrow
See u in a bit...i see the lasttxt just wnt through
████ looks good starting purees..hes going back to 12 east...
Hi no copies of chart allowed but I DEFINITELY thnk she just added the note in later....not realising
that the subsequent notes were dated and timed....
so I thnk dr marcus should look at the chart
Hi ████ is hypotensive....78/50
Im giving her 2 ffp...and albumin...i thnk we should tk her back
They knew abt hypotension for 4 hrs...just totally WILD....
Hi...were going to 7....i just lost it on anesth...so u might hear abt it...
For the first time....
Hi this woman is seriously hypotensive m doing tee in or
... so the steroid worked weaning off neosyneph.....shes never been on steroids before...worry about
adrenal infarct....signed out to ricci...russo's pgr out.
how is she today?
Better..getting extub....she will need steroids and taper....talked to icu resident.....
so totally weird.
...sure is...but she does look good..i thought she was gone last night.....but her heart even took bp of
50....phew....so how about labbe...he still has dysphag
ia..is early dilation an option?
no, he just needs to keep doing what we're doing, mainly liquids, then have the dilatation in a week or
two when everything in there is nice and strong
ok...
I'll txt tomorrow morning about how eveyone's doing...endocrine will prob see her monday..... .
fantastic. Have a nice weekend. You deserve it. G
Good mrng....████ is well...some issue abt low uo early ths morning...but thn picked up avg
50 cc per hr..othws ok I started coumadin and liquid diet tdy and she wll get oob...
████ was in bthroom for longest tm so didn't physically see hm...but nurses say ok and tol liquids and
some puree....i thnk he was embaressed to see me coz he
cried ystdy about the dysphgia.....spk wth steve ktz senior on call ystdy...told him all details abt pts....all
pts on the grp 1 route sheet..have gd sundy....
I understand. Thanks very much. Have a good weekend
Will txt u tommorrow mng abt the pts
i'm seeing them at lunchtime today
sent ████ home for a couple of days. He's tolerating puddings and ensure, and us stir crazy the other
lady seems fine G
Hahaha...not good for me you beat me to them....

SMS 9175182056BFBB0781

Saw them yesterday afternoon ?d forgot to text you #out ████!

, ████ is putting out too much urine....vs....

Hi I just feel terrible...I'm going to have student scrub with u if ok....

Hi I thk im goin to sit out a couple of cases.....i feel lkm going to pass out ...

Ordrs iin 1 hr ago...pls can u call and tell thm to check

are you OK?

Make sure you're lying down for a while

Not so gd im in locker rm....i hate to not be in or

I m on the bench...will feel btr in a bit

just relax and feel better. Have a snooze for a while

how are you feeling. Just finihed. All went well G

I thnk flu...coz sunil has it too...everythng thts happening with ████ and other stuff is wearing me

down a bit....i feel im not thinkng strght just...

..feel worried abt pts all the time...and thts not me at all....i'm mostly very levelheaded.....sorry I just did

not feel I cld help tday....

It sounds like you might need a couple of days off to clear your head. All our patients are well. You did a

fantastic job with ████ See you Thursday morrning for the M&M. I will take care of it on the day.

G

Thnx

CONFIDENTIAL

SMS 9175797017BFBB7FA0

SMS 9175797017BFBB7FA0
SMctHsCh

Hi m moving ███ to 12.. ..she is not having a good experience with nurses here... Had bm. I took out
ngt.. Will start bar clears?
Hi did ████████ also have a band ? In database there are notes about fluid being removed .... I m
writing m &m and sending to nicola so let me know....
Hi who was the ent consultant u wantd for ███....i heard walsman or wosen....i called ent one is phd
the other no longr works here.....
...i called dr.plasse who was availble to see her soon...hope that ok...

Hi I sent in the m&m with drawing send me pictures will send to nichola tommorrow
puree tomorrow. If OK, d/c home on Thursday
She does not have a band
Ok...thnx I think joanna put it in by mistake ...corrected it
███████ looks excellent started puree..... will. dc tommorrow...cannot locate her ct ....r u going to be here
tommorrow morning for m&m
...coz I see on meeting maker that u r not....
yes. I'll be at M&M then to a course
Did u ever get a chance to talk to kim's mom ? Is there any news at all...i m worried coz she would txt
me every couple of days and then suddenly stopped.....
█ think I should to her appt make sure she is ok so we can all stop worrying she is locked up in some
dungeon....

...so I went to see kim she was there and fine  according to her downstairs neighbour...but she woulddnlt
answer hr door..that may be the last I worry about her
wow. That's very worrying for her. She has really lost it. I can't say I have ever seen such behavior. She's
really going to screw herself and I feel so bad for
For her
...yeah..but her neighbor says she is totally fine....so we can stop worrying about accidents kidnappings
and such....the rest is up to her....
yes. I'm very relieved about that. But I still don't get it! Why doesn't she want to get all this straightened
out?
I think she just was not sure about what she wanted to do before she joined.....i almost did not join after I
spoke with her on the ph the first time....
..after I did start I was mostly just wondering what she was talking about...every place and program has
good and bad sides to it....she focused on the bad....
Really? How come?
...barrie annd me have a bet...barrie thinks she will come back...i don't think so....
Really? I had absolutely no idea that she had any complaints at all. And I can read people pretty well. I
agree about nothing being perfect, but she and Duane
Got on so well, I thought I would have picked up on something.
I got the impression that she was not happy .....i could be totally wrong becaause suck at reading
ople....she did like duane a lot....said very good things
wow. That's very interesting. Are you unhappy?

CONFIDENTIAL

D 00422



SMS 9175797017BFBB7FA0

About him always....
about whom?
Yes I m misreable....if I had any sense I would be on wall st making serious money and going
sailing.....no of course I m not unhappy
About duane
I m happy...now if I could get your bk actt number I would be truely happy....i could tell all prospctive
fellows what a great place this is.....
gotcha. The message got split. I hope Ha Ha. You probably have it already. you know that u can be
honest with me and tell me if u r unhappy about something
I think kim will be fine....i will be thrilld to share h&ps consent discharges with her when she comes
back...i just don't think she's coming.....
I agree and we'll have to work out how to distribute that work load for u.
Will do that...boss...no really I am happy ......i m not very diplomatic...so when I whine or complain I
don't always want you to do something about it...mostly
I m just venting.....nonono....the work is fine I have a system please don't mess with it..unless I m
sucking at it...
U don't suck at all. you are fantastic. But your joking does sometimes. Because many a truth is said in
jest.
I was not being sarcastic at all .... I mean it ... I m ok with everything....i m not feeling overworked...
I know the stuff I say only I find it funny vs dr fielding...he says stuff that is really funny and doesn't
even crack a smile.....
Good.
Will see u tommorrow at m & m.... I may cry if they ask me too nany questions so u should be there >:-)
Shucks wrong smiley face....this is the one I meant :-p
you'll do just fine. G and I will be there. We certainly didn't do anything wrong. I had discussed it with
transfering surgeon.
Hi m& m starts at 745 today...interview day....on our way.
thank god. We overslept the alarm.
U have time I m sure 7 45 means 8....what wth all residents milling around trying to get at the donuts....
That was not too bad...a lot more rad signs though that we could have talked about..
..so she looks great and m sending her home....
...she says she is staying coz of social issues? Her mom spoke to dr. Fielding ?
I need to speak w/ her. I heard. You did great. What happened to the OR photo?


...i sent it to nichola as attachment...i m not sure why she did not put it in....will check my sent box ....but
very sure it was attached...ok ...
..i m calling social worker to talkto her too..maybe that will help resolve it....
Hi...■■ is going home. ■■ is going to try get her bed...i wrote all scripts/'letter...kim showed p at
meeting duane tells me...
good about ■■■. Yes. Will tell u about Kim when I return
..yea I kinda sorta heard...i don't buy it...oh yeah?
..well I only heard second hand...so u tell me when u get back....can you plan to be inthe office to see
tients both Tuesday and Wed? I'll see u tonite, right? Being deposed is torture

Page 2

CONFIDENTIAL

D 00423

SMS 9175797017BFBB7FA0

just saw the message...i was told that since u were leaving no one was working after 13 th....i have to take my daughter for immunisation and then....
For opthal eval those days...are u not going to australia....
yes. But ▇▇▇▇ is getting his hiatal hernia repaired on Monday on short notice, and there 5 H&P's on Wed. Also, we r seeing patients all morning on Tues before
We fly out. Were u planning on taking the 2 weeks off too?
No not taking 2 weeks off but I do need tuesday and wed for the pedes visit...if I had known before I would have made appts for other days....▇▇▇▇ was in....
Meeting maker for sat...
Didn't get approved in time
can u make sure that we can tape our hiatal hernia repair tomorrow? Need my tower and acouple of blank CD's or DVD's
Sure will do.
thanks
Hi..we can get recording for first case...will have to move second case to follow if want to record...
first case is enough. Does OR know to move George's cases up in room 12 and put Stark 3rd or 4th?
No the or did not know....i guess no one from office called...i called they are making changes and calling patients to come in early now....
you're shitting. I told her yesterday at New City to call admitting AND OR
they also need an order for ▇▇▇▇ blood test

Hi I have broadus in room 2 u have to see her...
m going for kids pedes appt..at 245 ....it was busy but I did ok I think....there was one pt that came in as I was leaving....allison is going to see her...
will see the inhouse pt later today....have to come back to see alicia hall anyway....
ok. Ha ve a wonderful Christmas!

Thnx u too have a safe trip..will txt u every couple of days to let u know how things are....tell mary not to be too mean to me...ha ha  .:-)
No, she's scared of YOU! I'll give u our contact info when we get there.
....will go to lunch with her sometime this week to try and get along...i m just a little person for now.....not forever......
ain't that the truth
we r boardng. I'll check my messges on 6 hrs when we land in LA.
Ha ha read your earlier txt that she's scared of me.....then she must be TERRIFIED of ▇▇▇▇...seriously
I just want to get along it is not useful to anyone...
if things stay like this....agree. Perhaps it may be useful to speak to Beth about this?
Message to 9175797017 ExpiredHi do u remember a ▇▇▇▇▇▇▇▇, gastric bypass....u ordered outpt ct to r/o int hernia....well she had it done today....radiologist called...high grd obst...
Message to 9175797017 ExpiredThe patient cannot be located , radiologist left messages, I did also and I had nicole call a couple of times....her ph no in exempla and chart is disconnected.
Message to 9175797017 ExpiredDo you have any ph nos ie maybe u called her from your cell  ?
Message to 9175797017 Expired..if so may have number in the outgoing calls ...
Message to 9175797017 ExpiredHi I finally got in touch with her...got her ph no from dr friedman...she refused to come to er...is coming to office tommorrow.....wil call u then...

Page 3

D 00424

CONFIDENTIAL

AC: Page 24

SMS 9175797017BFBB7FA0

Message to 9175797017 ExpiredHi how is oz dorothy....ooops.....i  didn't type that....i am sooooo happy
I just saw ▇▇▇▇▇ she looks ok and I m just doing f/u ct ...also had talk with mary
Message to 9175797017 Expired...i think we are going to be ok....so u won't have to worry about us
having hissy fits at each other.....have fun fishing...will txt later...

Message to 9175797017 Expired..
Message to 9175797017 ExpiredHi...just want to touch base about a couple of things....▇▇▇▇▇ got her
repeat ct..no sbo...so if anything it is intermittent....also do u want pts to go to

Message to 9175797017 ExpiredEr before talking to me? Mary has given insts that when pts call they r
to be told to go to er.....i thought I had cleared it up yesterday...but I guess not....
Message to 9175797017 ExpiredOne pt went to er...they stuck needles in him an THEN called me....so
let me know what exactly u want done because it is getting to be a little frustrating....
Message to 9175797017 ExpiredOther than that all is well...saw lots of pts in office yesterday....i m sure
u r having fun..getting tan...:-)

Message to 9175797017 ExpiredHi I have ▇▇▇▇▇ lap GB coming to er with severe belly pain....he
had it yesterday too and refused to come in....am going to call dr neumn and go to OR...
Happy New Year!

Thnx..same to both u & dr fielding
Hi...can I take the day off....i have a horrible gi upset and I was sure it was going to be better by this
morning..clearly I was wrong....
...i hate to ask since I know the office is packed today....thnx....
no worries. Feel better.
what was the name of surgeon at LIJ?
Sad to say one of my "peoples"....sandep malhotra....i guess crossing the seas will do that too along with
loosing religion...but siegel took care of it...
..and she ie ▇▇▇ went home ....shes on abx but doing ok
You are shitting me. We were chief residents!!! I am going to give him a piece of my mind
...:-D hahaaha....it IS a smll wrld...anyhow merkensen the internist who I spoke to a couple of times
during all this said she will be sending her pts to nyu..
good. Thnx

Hi...starting at 815 today? M&M is at 745 ....
thanks. See you there
7..are miuu pts cancelled? Neither one showed up yet....
please do not speak to that Dr. Merkenson anymore. She was a completely inapprpriate bitch
Hi...i went to the fellows dinner hosted by gore last night....i met your old boss....pompe...he said hi.....i
also met pat tripodi and herhubby who said I
...should mention the skiing incident at snowbrd u would remeber...they both were very sweet....
did u have fun? Pat and hub are really nice. We had great time skiing. Do u know what happened to
▇▇▇▇▇? And do u have his number?
Yes I discharged him yesterday after foley was in he went home with leg bag & will f/u with trovet in
office...the ph no edr is ▇▇▇▇▇ .....

CONFIDENTIAL

D 00425

SMS 9175797017BFBB7FA0

d I did have a good time...got a little stressed since most of the other fellows there have their jobs for next yr....
I would truly not worry. You have plenty of time.

--------
hey if I don't find anythg you will have to adopt me....:-D
Hi can we brng dr feildings pt in you room....waiting for med cl for your 1st pt...
yes. I told them to do so.
can u write orders for some pts in recovery room
Is it possible for me to do an outside elective ie in addition to lennox hill....after talking to other fellows I
thnk I need to catch up and do more cases....
please make         NPO except ice chips
Sure thing...after egrm restart bar liquids ?
Hi...i don't knw if the next  txt went through so resending...i really need to dscuss ths with you soon
though...you r right I need to do and see complex cases.

--------
Is it possible for me to do an outside elective ie in addition to lennox hill....after talking to other fellows I
thnk I need to catch up an
did u get my last text?
About        ...yes nothing after that
oh ok. I had not gotten a response, so I wasn't sure. Are u around to talk today?
ok. I had not gotten a response, so I wasn't sure. Are u around to talk today?
Yes definitely was on 12 talking wth pts and putting in orders...tlking to surg residents....when do u have
time...im in office now
I'll be back in the office in an hour
Hi...         ct looks ok final attending read pending....labbe had egm at 830 last night but it isn't in
pacs they're trying to find it in the system....
thanks very much
where's         ?
She's on 12 east...
Bed 45
We're looking at around 10.30 for the lap band. Better than 5pm!

Hi I just called and or AND floor says going at 2 pm....so dan chediack senior surg res  is going to scrub
with u if  ok...also labbe's egm is ok....
totally fine. Great about        , see you Tuesday
it's all gone well.the patients on the floor are all well. Would you be able to see them in the morning?
Have a great weekend

Sure thng....will txt u after I see them...have a good weeknd
Hi all pts are ok,         tol her liquids so am going to d/c...dr ren had said sunday...also         is ok
vants to go home....  ok am going to start him
on ensure...

CONFIDENTIAL

D 00426

SMS 9175797017BFBB7FA0

Am here with ████ listening to her story for the past hour...wild....
thanks heaps. All sounds good.
It's snowing heavily in Vermont.
Have fun good snow...
Better you than me with ████. I've heard it 3 times already!
Hahhah:-D that was some detailed allergy hist...bet the allergists LOVE it....so only ████ is left....

--------
Hi....████ is doing ok...i finally got him some chrcoal....there is no leak....maybe he can try purees
tommorrow.
i'll let george know. He's got his phone with him. Also you'll need to write up that pt for M&M
Ok...thnx....will get me's report tday
No ME report. She was cremated.

--------
: Hi I have to go to the risk mgt office about ████ ?
no. George needs to speak to them
They just called and asked me to go down there and I txtd dr.fielding....he seems to thnk its ok....

--------
at was THE most intense grilling I have EVER had....this tracy person....and then she tells me she is
NOT really from risk mgt but frm ins
welcome to the legal world! Look forward to hearing about it
hahhaha...nyu has a grt law school...maybe tht should be my nxt step...if I can afford it....i m at hr now
making sure they got my address right...

        WHi should I add tday's pts to grp 1 list...coz someone just took ████ off the list...
also ████ is in rm 12 ....
yes. I am working on looking into this
Thnx...pgr nos are 1280 & 1286
Hi...can I call surg to tell them abt pts?
yes. Let me know if u have problems. I am on the warpath. Yael mouthed off to me. Don't speak to her
tonite. Ritchie is on call.
Ok thnx....will call ritchie....will lt u know if problems
Can u send me your recollection about what happened this weekend? I am going to need it for both QA
and for Yael's letter.
Sure thng...tht girl is  wierd beyond words ....signed out to ricci since russo's pgr kept going to her......
Hi ...shes not in computer, also not on floor....or is calling for her....can she go straight to or?
call me when u get a chance.
Is she there yet?
Yes..theyre get blood...im doing h&p and consent..
Any luck?
e's in

Page 6

SMS 9175797017BFBB7FA0

Hi...boss..tht was a good case...not for the pt...but definitely for me....will txt u tommorow about how
she's doing....:-) have a good wkend...
great. When u sign out to Group1, have them print out the Bariatric List from computer, and they should
do so over weekend when they round w/ covering attending
The only way for pts to show up on resident route sheet is thru surgery signout which is on the
intranet...ive been putting our pts on it....
I also spk with steve kattz  the senior on call and let him know all details abt pts and that they shld round
on these pts...dr.shamamian is going to round
is ok getting egm now..if ok the surg res on call wll strt clears and thn d/c later
great. Thanks. G is taking calls this weekend
dr ren...i just feel very sick im in the locker rm....can I just tk rest of day off...i don't thnk I will help
much if I pass out in or....
agree
go home if you r not feeling better. I'll sign out to residents tonight.
thnx
just finished. How r u feeling? is it serious?
how are you doing?
You have to come in today to discuss current events. What time can you come over?
Can we meet at 130 pm   may I knw who is going to be at ths meeting
Dr ren im not sure if you got my previous txt please let me know as soon as possible if 130 is ok and
also who else would be present at this meeting
u, me and Dr. Riles. It will be in his office 6D
you, me and Dr. Riles. It will be in his office 6D
ok

CONFIDENTIAL                    D 00428

SMS 9175797017BFBB7FA0



Page 8



SMS 9175797017BFBB7FA0

Page 9

CONFIDENTIAL

D 00430

SMS 9739790500BFE56459

S 9739790500BFE56459
SMctHsCh

Hi dr haser...just checking to see if u txt....
who is this?
....paul...this is pal...:-D
does ur txt work?
Hi pal.... Got ur cv & will e-mail it 2 Frank Borao on Monday.  Ur friend in vascular already has his job
lined up on Long Is., so u might as well work on urs:)
I have a new Xsmas gift, the Treo 650m so yep, i'm wired 4 sound, so 2speak
which frnd r u tlkng about caruso? YES I hv to work on this getting a jpb thng after so mny yrs of trning
I thought it was just going to happen...
How r) & baby doing? It brings such a smile 2 my face 2 hear from u. Yes, the chair-thrower. & u will
find some good positions r out there 4 u
bby is great growing like a little tree she is 4 mnths now....wht happenned to cuadra and your fave boy
tarik....hahaha....i knw I will fnd somethng....
....btw do you knw a dr washington at centrastate hosp in freehld......
nope, but the hospital does a lot of marketing, even 4 vasc.
....huh...is tht good ie nice plc to work?
cute cute bby, btw. tarik & I r working on a research project @ Beth Is!  Cuadra working @ St. Mike's -
he & Steve Hurst took my spot (it tooke 2 of them :))
I think, but not sure (re CentrState)
hahaha maybe tarik will go to st mikes too...then it MAY be close to replacing u....who knws wht
happens in  life...met an attending at sloan ystdy who tld m
Me how one of her chief residnt was mean to her whn she was intern....she intvwd him for a job few
days ago....
yep, the world can b small. Thx always 4the compliments. Mayb some day u'll b interviewing Pappas -
that'd b a HOOT. My friend works 4 one of his fav. students
he was a GR8 English teacher,& when the students parents tragically were killed in MVA, the student
called my friend 2 run a now very successful publishing co.
tht ie intv  Pappas wld be funny....u knw WE shld wrk on opening a min iv surgicntr thn we can be
rich.... Will txt ltr ..... Diaper time....:-D
Mk - sounds g8. think hard bout Monmouth & we'll "talk" ltr. Kisses 2 the baby

CONFIDENTIAL

D 00431



CONFIDENTIAL



## One-year post-graduate clinical fellowship in laparoscopic bariatric surgery

Program Director: Dr. Christine Ren



DEFENDANT'S EXHIBIT

D2

### Introduction

Laparoscopic bariatric surgery is a growing field that requires training in both technical laparoscopic skills and the clinical care of the bariatric surgery patient. The laparoscopic skills required for all bariatric surgery are advanced techniques that reach beyond the scope of a general surgery residency. This fact also pertains to the specific nutritional, medical and surgical aspects of the short and long term care of the bariatric patient. There is presently no accredited fellowship in existence in this specialty, which will hopefully change in the future as it is presently being addressed by the American Society for Bariatric Surgery.

Currently, NYU has one non-accredited fellowship in laparoscopic bariatric surgery, introduced in the current academic year under Program Director Dr. Christine Ren. In January 2004, Dr. George Fielding joined the Bariatric Surgery service, and the service's caseload is expected to double by December 2005. Given this increase, Dr. Ren proposes adding a second clinical fellow to the service to further develop clinical expertise and research in this specialty. Drs. Ren and Fielding are the only surgeons in the country who perform four different types of laparoscopic bariatric procedures, which is attractive to many fellowship applicants.



The Bariatric Surgery practice involves a comprehensive weight loss program which sees over 75 new patients and 250 follow-ups a month, with approximately 500 laparoscopic bariatric surgeries performed a year. The clinical volume will be able to support two full-time post-graduate fellows without impinging on the clinical and operative experience of the surgical residents. Dr. Ren, Dr. Fielding and other primary laparoscopic attending surgeons who work with the fellow will maintain full-time responsibilities as teachers in the NYU Surgical Residency Program. The additional fellow will also have research responsibilities in writing IRB protocols and academic articles, as well as, participating in teaching laparoscopic skills to the surgery residents. Dr. Ren will serve as Director of the laparoscopic bariatric surgery fellowship and as proctor to the fellow.

### Scope of Practice

The laparoscopic fellowship is a one-year non-accredited clinical training year specializing in advanced techniques of minimally invasive surgery. The fellow must have completed a formal general surgery training program. The scope of practice includes both clinical and academic responsibilities as outlined below.

I.   Clinical Training and Responsibility



The clinical experience of the laparoscopic fellow should involve technical training of advanced laparoscopic skills in the operating room, pre-operative evaluation of the patient and post-operative care of the patient. The fellow should be involved with an average of 200 major advanced minimally invasive operations during the one year

training. The fellowship experience should not impinge or compromise the laparoscopic experience for the general surgery residents.

A.  Operative Responsibilities
    i.  The fellow is expected and encouraged to be involved with all surgeries involving advanced minimally invasive techniques.
    ii.  In order to maintain laparoscopic training for surgical residents, operations involving basic laparoscopy skills, such as cholecystectomy and appendectomy, should be attended by the surgical residents. The fellow may assist in or perform these operations if a surgical resident is not available. The fellow may also assist/teach the resident during these operations, as long as the attending surgeon is present.
    iii.  The fellow may assist any attending surgeon, other than the primary laparoscopic attending surgeons, on an operation involving advanced laparoscopic skills, if asked by the attending surgeon, as long as a surgical resident is involved as well. This may be exempt if no surgical resident is available.

B.  In-Patient Clinical Responsibilities
    i.  The fellow is responsible for performing hospital rounds on all patients he/she operated/assisted on. The fellow is encouraged to and can round on patients operated on by the primary laparoscopic attending surgeon, but whom the fellow did not operate/assist on.
    ii.  Complications occurring in post-operative patients should be addressed by the housestaff and report first to the fellow. The fellow may perform a clinical assessment prior to communication with the attending surgeon. The fellow should be involved with all operations required as a result of post-operative complications (ie. Re-exploration for bleeding).
    iii.  The fellow may perform in-patient consultations with subsequent communication with the attending surgeon.

C.  Out-Patient Clinical Responsibilities
    i.  The fellow will attend office hours with the attending surgeons and be involved with pre-operative evaluations for surgery. This may typically include a history and physical examination, prior to the patient's meeting with the attending surgeon. Post-operative follow-up can be performed by the fellow under the supervision of the attending surgeon.
    ii.  Post-operative office-based procedures may be performed by the fellow under the supervision of the attending surgeon, or if minor, may perform them independently when deemed appropriately adept.
    iii.  The fellow may accept patient phone calls and perform telephone evaluations with the supervision of the attending surgeon. This may involve on call weekends or holidays. All discussions will be reviewed with the supervisory attending.

**CONFIDENTIAL**



II.    <u>Academic Experience and Responsibilities</u>

Academic activity is a critical aspect of the minimally invasive fellowship, which should be structured to engender critical thinking and scientific methodology.

A.  Research
   i.  The fellow is expected to participate in clinical research that may include retrospective data review, prospective data collection or individual clinical report. Projects may be in the form of academic abstracts for poster or oral presentation, video presentation or academic papers for journal submission. The fellow is expected to present at academic conferences if his/her abstract is accepted. The fellow would not be responsible for travel expenses.
   ii.  The fellow may be expected to partake in the writing of grant and/or IRB proposals for future clinical studies.

B.  Teaching
   i.  The fellow is encouraged to attend hospital teaching rounds and be involved with resident and medical student education.
   ii.  Attendence at surgical conferences such as Grand Rounds and Morbidity/Mortality conference is expected. The fellow may be asked to participate and present at either conference by the attending surgeon or the department.
   iii.  Teaching of laparoscopic skills to surgical residents will be done in a structured laparoscopic lab. The fellow is expected to participate in such labs, as well as, provide instruction of basic skills in the operating room.

III.    <u>Ethical Conduct</u>

Ethical conduct is expected of all individuals towards peers, patients, students and staff members. All patients are to be treated with empathy and respect. Unprofessional behavior will be directly addressed and appropriately reprimanded.

<u>Funding</u>

The clinical fellowship will be supported by industry. Contractual agreement for funding will require that no restraints or exclusionary clauses be placed on academic freedom to use products of other companies. The fellowship will be funded by an unrestricted educational grant, with no financial or political expectations/requirements of the fellow to the sponsoring company.

D 00435

CONFIDENTIAL