

LYNN FELDMAN LOWY
*Associate General Counsel*

NYU MEDICAL CENTER
3 Park Avenue, 15th Floor
New York, NY 10016-5902
Main Tel 212.404.4076
Direct Tel 212.404.4072
Fax 212.404.4092
lynn.lowy@nyumc.org

April 20, 2006



**VIA OVERNIGHT MAIL**

Dr. Neelu Pal
Victor Place Apt. 9B
Bloomfield, New Jersey 07003

Dear Dr. Pal:

     This letter is to advise you that your hearing before the House Staff Appeals Committee has been rescheduled as follows:

        Date: Wednesday, May 3, 2006
        Time: 5:45 p.m.
        Location: NYU Hospitals Center
                550 First Avenue, HCC-15B
                New York, NY 10016

When you exit the elevator on the 15th Fl., please sit in the waiting area until one of the committee members comes out to get you, as the doors on this floor automatically lock after business hours.

     In accordance with Section V.3 of the *Evaluation, Corrective Action, and Disciplinary Policy for Residents*, I have enclosed the letter from Dr. Riles to you, dated February 21, 2006, which detailed the basis for your suspension and termination.

Sincerely,

Lynn Feldman Lowy
Associate General Counsel

enc.

cc:  Jason Solotaroff, Esq. (via overnight mail)
      Christine Ren, M.D.
      Deborah Considine
      Max Cohen, M.D.

**CONFIDENTIAL**

D 00455