

**NYU HOSPITALS CENTER**  **NEW YORK UNIVERSITY SCHOOL OF MEDICINE**

Deborah A. Considine, Director
Office of House Staff Affairs

333A East 29th Street
New York, NY 10016
NYU Building Code: HSB
Telephone: (212) 263-5506
Facsimile: (212) 263-7002
hsao@med.nyu.edu



DEFENDANT'S EXHIBIT C4

June 6, 2006

NYS Department of Health, OPMC
433 River St., Suite 303
Troy, N.Y. 12180

Re: **Report of Termination – Dr. Neelu Pal - NYS lic. # 237920**

Dear Sir or Madam,

On May 31, 2006, Dr. Richard Levin, Vice Dean for Education, Faculty and Academic Affairs, agreed with an appeals committee recommendation to uphold the Department of Surgery's action to terminate Dr. Neelu Pal, effective February 21, 2006 (after a four week suspension period), for reasons related to concerns for patient welfare. Dr. Pal was a fellow in our Bariatric Surgery program.

Dr. Pal appealed both her suspension and termination and we did not consider these actions final until after the appeals committee heard her appeal. On May 30, 2006 the committee issued a report with the unanimous recommendation to affirm the decisions to suspend and dismiss Dr. Pal from the program.

Please let us know if you require any additional information.

Sincerely,

*Deborah A. Considine*
Deborah A. Considine
Senior Director, House Staff Affairs

cc:  Max Cohen
     Chief Medical Officer

**CONFIDENTIAL**


New York University
A private university in the public service

D 00858