


# STATE OF NEW YORK
## DEPARTMENT OF HEALTH

433 River Street, Suite 303  Troy, New York 12180-2299

Antonia C. Novello, M.D., M.P.H., Dr. P.H.  
Commissioner

Dennis P. Whalen  
Executive Deputy Commissioner

June 16, 2006

RECEIVED JUN 19 2006 NYU Medical Center House Staff Affairs

Deborah A. Considine  
Senior Director, House Staff Affairs  
NYU Hospital Center  
333A East 29th Street  
New York, NY 10016  
NYU Building Code: HSB

RE: Neelu Pal, M.D.  
OPMC# NY-06-06-3449

Dear Ms. Considine:

The Office of Professional Medical Conduct has received your June 6, 2006 correspondence regarding Neelu Pal, MD. The issues you raise fall within the jurisdiction of this office and are being investigated in the office identified below.

> NYS Department of Health  
> Office of Professional Medical Conduct  
> Metropolitan Area Regional Office – New York City  
> 90 Church Street, 4th Floor  
> New York, New York 10007  
> Attn: Patricia Cooney  
>  Program Director  
>  (212) 417-4900

Thank you for bringing this matter to our attention.

Sincerely,

J. M. Carey, Investigator  
Central Intake Unit  
Office of Professional Medical Conduct

JMC/dns

**CONFIDENTIAL**  D 00870