

Lowy, Lynn

**From:** Cohen, Max
**Sent:** Thursday, February 09, 2006 9:26 AM
**To:** Johnson, Annette; Lowy, Lynn
**Cc:** Rackow, Eric; Levin, Richard
**Subject:** Re: Neelu Pal

I can certainly convene such a meeting but as the suspension was the action of the Program I think it would be more appropriately called by the SOM.
------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Johnson, Annette
To: Cohen, Max; Lowy, Lynn
CC: Rackow, Eric; Levin, Richard
Sent: Thu Feb 09 08:57:44 2006
Subject: RE: Neelu Pal

Max,

Dr. Glickman suggested that there be a meeting with you and Drs. Rackow, Riles, Ren, Fielding, Levin and Bernstein, and Lynn and me to review the options here, since each has consequences for the hospital and the GME program.

Can you convene this?

ette

-----Original Message-----
From: Cohen, Max
Sent: Wednesday, February 08, 2006 10:04 PM
To: Lowy, Lynn
Cc: Johnson, Annette
Subject: FW: Neelu Pal
Importance: High

Lynn
As you can see, they are getting very agitated with our apparent lack of progress and communication in this matter. I think Annette or you should give them a call.
Max


-----Original Message-----
From: renc01@med.nyu.edu [mailto:renc01@med.nyu.edu]
Sent: Wednesday, February 08, 2006 9:38 PM
To: Cohen, Max
Cc: thomas.riles@med.nyu.edu; Brotman, Andrew; Rackow, Eric; George Fielding
Subject: RE: Neelu Pal

Max,
It's been over 2 weeks and neither George nor I have had any communication from anyone at the Hospital or at the Medical School voluntarily. All of the minimal information that we have is only after George or I initiated a call or email to

1

**CONFIDENTIAL**            D 00884

you or Tom Riles. George even wrote to you regarding a possible option for a
solution. It would be professional, respectful and appropriate to include
George and I in all progress in this matter. Perhaps non- or mis-communication
is the philosophy of the Medical Center. It certainly seems to be a theme, and
it's very disappointing and very dis-spiriting.
Chris

CONFIDENTIAL

D 00885