From:     Peter Pappas
To:       Deitch, Edwin; Gold, Heather; Talorico, Rosemarie; Wilson, Dorian
Date:     11/24/2003 5:05:09 PM
Subject:  Fwd: Re:



DEFENDANT'S EXHIBIT W4

Dear Colleagues,
  FYI. Rosemarie, put this latest email in Neelu's file. PJP

Peter J. Pappas

>>> Peter Pappas 11/24/2003 5:03:55 PM >>>
Dear Neelu,
   There is nothing ambiguous in the letter I sent you. I am sending you another letter with corrections as per Drs. Deitch and Baker. You are not on probation. Your issues with interpersonal skills are not new. Read your remediation letter. This continues to be your biggest problem. You yourself told me your own mother has told you the same thing.
   The second letter will outline the steps I will take if I receive another complaint about you. Dr. Pappas

Peter J. Pappas

>>> neelu pal <neelupal@hotmail.com> 11/21/2003 11:32:12 AM >>>
Dear Dr. Pappas,
I received the Memorandum from Annette Schmidt sent from your office informing me that I was possibly being placed on probation. The letter was unclear regarding this. Since this is a matter of significant importance to me, my career and the rest of my life I request clarification on the following points:
1. Am I on probation?
2. You refer to my difficulties with interpersonal skills, and interacting with subordinate junior residents - none of these have specifically been brought to my attention as incidents that have occurred. If there are incidents that came to your attention please let me know what the specifics are so that I can either tell you my side of it or correct it. Otherwise using blanket statements like this saying that I have interpersonal difficulties or that I have problems with my junior residents is not acceptable.
3. The situational and timing issues regarding the Communications workshop as well as the oral boards workshop were outlined in my previous emails to you. I did not intend to be insubordinate, I was just very sleepy and tired. I apologize for that.
4. Repeatedly threatening me with putting me on probation, firing me etc is not very useful to anyone concerned. As a resident I work hard, complete all duties assigned to me and interact appropriately with my fellow resdients as well as staff and attendings. At no point have I behaved inappropriately in any way. When I am asked my opinions I express them honestly, and when not I keep them to myself. I feel that by repeatedly yelling at me, threatening me to terminate my residency etc. you are creating a very difficult environment for me to work in.
5. I do belive that all rules should apply equally across the board to all residents, and if that is not the case then these should no longer be called rules.
You have possibly placed me on probation for having allowed another resident to call me "bitch" and letting him throw furniture at me as well as use other abusive language towards me. What disciplinary action have you taken against him?
6. Since you copied this letter to various faculty members I request that

CONFIDENTIAL

D 01464

Subject:
Date: Fri, 21 Nov 2003 16:32:12 +0000
From: neelu pal <neelupal@hotmail.com>
To: pappaspj@umdnj.edu
CC: aschmidt@humed.com, wilsondo@umdnj.edu, edeitch@umdnj.edu, george.machiedo@med.va.gov, njms-res-surgery@umdnj.edu, rosemarie_talorico@yahoo.com

Dear Dr. Pappas,
I received the Memorandum from Annette Schmidt sent from your office informing me that I was possibly being placed on probation. The letter was unclear regarding this. Since this is a matter of significant importance to me, my career and the rest of my life I request clarification on the following points:
1. Am I on probation?
2. You refer to my difficulties with interpersonal skills, and interacting with subordinate junior residents - none of these have specifically been brought to my attention as incidents that have occurred. If there are incidents that came to your attention please let me know what the specifics are so that I can either tell you my side of it or correct it. Otherwise using blanket statements like this saying that I have interpersonal difficulties or that I have problems with my junior residents is not acceptable.
3. The situational and timing issues regarding the Communications workshop as well as the oral boards workshop were outlined in my previous emails to you. I did not intend to be insubordinate. I was just very sleepy and tired. I apologize for that.
4. Repeatedly threatening me with putting me on probation, firing me etc is not very useful to anyone concerned. As a resident I work hard, complete all duties assigned to me and interact appropriately with my fellow resdients as well as staff and attendings. At no point have I behaved inappropriately in any way. When I am asked my opinions I express them honestly, and when not I keep them to myself. I feel that by repeatedly yelling at me, threatening me to terminate my residency etc. you are creating a very difficult environment for me to work in.
5. I do belive that all rules should apply equally across the board to all residents, and if that is not the case then these should no longer be called rules.
You have possibly placed me on probation for having allowed another resident to call me "bitch" and letting him throw furniture at me as well as use other abusive language towards me. What disciplinary action have you taken against him?
6. Since you copied this letter to various faculty members I request that you also share with them the email that I sent you with the version that you agree with so that everyone can decide whether this is appropriate action. I belive that you are treating me very unfairly yet again.

I look forward to your reply.
Sincerely
Neelu Pal

1 of 2

CONFIDENTIAL

11/21/2003 12:26 PM

D 01465