


**UMDNJ**
**NEW JERSEY MEDICAL SCHOOL**
University of Medicine & Dentistry of New Jersey

**DEFENDANT'S EXHIBIT D5**

Department of Surgery
Residency Program

October 29, 2002

Neelu Pal, MD
304 Hillside Avenue
Apt. 1A
Nutley, NJ 07110

Dear Dr. Pal:

On October 21, 2002 the Department of Surgery's Residency Review Committee met for the purpose of determining promotions of residents as per the CIR contract. I regret to inform you that after extensive discussions, the Committee decided not to renew your contract for the academic 2003-2004 year. However, the Committee would like to reserve the right to reverse its decision if your performance changes in the following ways:

1. You show significant improvement on your American Board of Surgery In-service Training Examination
2. You must demonstrate significant improvement in your interpersonal skills. Specifically, you must demonstrate that you are able to interact with ancillary staff and other healthcare professionals within the hospital in a non-confrontational manner. Furthermore, you must demonstrate an ability to work with other surgical housestaff as a team.
3. You must demonstrate an ability to accept constructive criticism of your clinical performance and translate this criticism into a positive working response.
4. You must demonstrate an ability to translate textbook knowledge into clinical judgment. Specifically, it is expected that you will be able to formulate a treatment plan and understand all surgical options based on data gathered from your patients.
5. You must demonstrate an ability to effectively present patients on rounds and not freeze when questioned by the attending staff or senior resident housestaff.

I want to make clear that the Residency Review Committee does not expect you to be perfect in every one of these areas. If you show marked improvement in the majority of these described areas, it is very likely that the Committee will reconsider its decision. To achieve this goal, our office will assist you in any way possible. We would also like you to reconsider obtaining professional assistance. These services are available to you at no or nominal cost through the University healthcare system.

If I can be of any further assistance to you, please do not hesitate to contact my office at (973) 972-4417.

Sincerely yours,

Peter J. Pappas, MD, Director
General Surgery Residency Program

PJP:rft
Certified Mail
Return Receipt

150 Bergen Street, Room E-350, Newark, NJ 07103-2406 • Phone: 973-972-6294 • Fax: 973-972-6591 • Web Site: www.umdnj.edu/snjmsweb/
The University is an affirmative action/equal opportunity employer

CONFIDENTIAL

D 01500