

**NEW JERSEY**
**MEDICAL SCHOOL**
University of Medicine & Dentistry of New Jersey



DEFENDANT'S
EXHIBIT

E5

Department of Surgery
Residency Program

October 10, 2002

Neelu Pal, M.D.
304 Hillside Ave. – Apt. #1A
Nutley, NJ  07110

Dear Dr. Pal:

On September 23, 2002, the Department of Surgery's Residency Review Committee met to formally evaluate your performance to date.  The Committee would like to take this opportunity to formally congratulate you on your recent performance on the American Board of Surgery In-Training Examination.  Although you did well, there is clearly room for improvement.  We would, therefore, like to encourage you to develop a formal reading program and expand your knowledge base.

During the last meeting, the Committee voiced several concerns regarding your performance to date.  The Committee noted that you continue to have difficulty working with and relating to the nursing staff and other allied health professionals.  Periodically, you seem to also have difficulties in working as a team with other members of the resident house staff.  However, your presentation skills appear to be improving.  When given enough time to prepare and present a case, you appear to present in a clear and concise manner with the understanding of the issues that are pertinent.  However, on walk-rounds, your presentation skills are still inadequate and you appear to have difficulty translating textbook knowledge into clinical decision making.

Numerous residents in the Department of Surgery have difficulty with presentation skills.  As a result, the Department will be sending several residents to the Hendricks Professional Speaking Course.  We are currently trying to bring this course here to New Jersey Medical School.  However, if that is not possible, we will send you to the course at our expense.

Furthermore, the Department would like to offer you professional assistance if you so desire.

Please do not hesitate to contact my office if you wish to take advantage of this service.

Sincerely,

*Peter J. Pappas, MD*

**Peter J. Pappas, MD**
Associate Professor of Surgery
Director, General Surgery Residency Program

I have received a copy of this evaluation and discussed its contents with Dr. Peter J. Pappas, Director, General Surgery Residency Program

_____          10/17/02
RESIDENT SIGNATURE                    DATE

150 Bergen Street, Room E-350, Newark, NJ 07103-2406   •   Phone: 973-972-6294   •   Fax: 973-972-6591   •   Web Site: www.umdnj.edu/snjmsweb/
The University is an affirmative action/equal opportunity employer

CONFIDENTIAL

D 01503