# YAHOO! MAIL

Print - Close Window

**Date:** Thu, 9 Mar 2006 16:14:26 -0800 (PST)
**From:** "Neelu Pal" <neelu_pal@yahoo.com>
**Subject:** Re-Bridgeport
**To:** "John Poland" <jpoland@bornbicknell.com>

Hi John,
I now have more complete information regarding my current situation with the fellowship: I will not be completing the fellowship. I just wrote an email to Dr. Garvey regarding this. He had mentioned that he would still be interested in having me join as a general surgeon. I am very interested, and I mentioned this as well in the email to him. If the postion is still available, and you have any details could you let me know?  Correct me if I am wrong, but you and Dr.  Garvey had mentioned that for the bariatric position the income guarantee would be 250K for 2 years, benefits and 1-2 year partnership track. Would it be the same/similar for the general surgery position? Let me know as soon as possible.
Thanks for all your help and patience.
Sincerely
Neelu Pal



DEFENDANT'S EXHIBIT F5

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com