Yahoo! Mail - neelu_pal@yahoo.com                                         Page 1 of 2

# YAHOO! MAIL                                              Print - Close Window

**Date:** Thu, 20 Apr 2006 11:57:33 -0700 (PDT)
**From:** "Neelu Pal" <neelu_pal@yahoo.com>
**Subject:** Re: FW: Revised Agt (Dr. Pal)
**To:** "Dr. Morris Washington" <drwashington@endo-surgical.com>

Hi Mrs. Washington,
I got the revised contract and will send it out tommorrow. I will call some time this weekend to touch base.
Regards
Neelu


DEFENDANT'S EXHIBIT G5

--- "Dr. Morris Washington"
<drwashington@endo-surgical.com> wrote:

> Hi Neelu,
>
> As per your conversation with Dr. Washington, please
> see the forwarded
> revised (start date revision) agreement.  Please
> print out agreement,
> review, sign and return as soon as you can.  We look
> forward to you
> joining Endo-Surgical Associates of Central Jersey,
> LLC.
>
> Best Regards,
>
> Lauri Washington
>
> -----Original Message-----
> From: Kelly, Peter F.
> [mailto:PKelly@foxrothschild.com]
> Sent: Wednesday, April 19, 2006 11:23 AM
> To: drwashington@endo-surgical.com
> Subject: Revised Agt (Dr. Pal)
>
> Dr. Washington, pursuant to my conversation with
> Laurie, attached hereto
> you will find a revised Agreement for Dr. Pal to
> reflect the start date
> of June 1, 2006.  Should you need anything else,
> please feel free to
> contact me.
>
> Regards,
>
> Peter
>
> _____
> Peter F. Kelly, Esquire
> Fox Rothschild LLP
> P.O. Box 5231
> Princeton, New Jersey 08543-5231
> Ph:  609.896.7655

Pal000028

2/8/2007