Case 1:06-cv-05892-PAC-FM   Document 104-29   Filed 06/01/10   Page 1 of 1

Yahoo! Mail - neelu_pal@yahoo.com                                    Page 1 of 3

**DEFENDANT'S EXHIBIT H5**

# YAHOO! MAIL

Print - Close Window

**Date:** Mon, 24 Apr 2006 16:03:02 -0700 (PDT)
**From:** "Neelu Pal" <neelu_pal@yahoo.com>
**Subject:** Re: your last email
**To:** "Amy Quinn, Recruiter Group" <recruitergroup@omnicityusa.com>

He works in a bank.
Thank you for the good wishes.
Neelu

--- "Amy Quinn, Recruiter Group"
<recruitergroup@omnicityusa.com> wrote:

> May I ask what does your husband do for a living
> that would make it hard for
> relocation?
> And I am sure you will come out on top in the
> hearing, I will keep the
> situation in my prayers for you.
> Warm Regards
> Amy Quinn
> Recruiter Group
> 260-774-3463 office
> 775-213-8458 fax
> recruitergroup@omnicityusa.com
> ----- Original Message -----
> From: "Neelu Pal" <neelu_pal@yahoo.com>
> To: "Amy Quinn, Recruiter Group"
> <recruitergroup@omnicityusa.com>
> Sent: Monday, April 24, 2006 9:14 AM
> Subject: Re: your last email
>
>
> > Hi Amy,
> >
> > I recall telling you about this situation, but I
> guess
> > seeing it in writing makes it more shocking. Of
> course
> > it was shcoking to me too.
> >
> > The reason I was dismissed was because I
> complained
> > and because I suggested to patients that they
> discuss
> > the surgery in detail with their surgeons. I did
> try
> > to do this anonymously, but told my progrma
> director
> > that I had done so. I was told that I was trying
> to
> > "scare patients out of getting surgery". I was
> not. I
> > just belive that informed  consent should be
> informed,
> > hence I suggested to the patients that they find