Windows Live Mail Print Message



DEFENDANT'S EXHIBIT
R5

  Windows Live™ Mail Beta

Print  ✕ Close Window                                                                                      11:40 AM 6/16/06

**Tischler, Charles Dennis** (Charles.Tischler@med.va.gov)
To:  neelu pal (neelupal@hotmail.com)
Subject:  RE: Reference

Neelu:

I'm pleased to hear that things have worked out deservedly well for you. Princeton's is a fine program and (a not unimportant consideration) a quite pleasant place, I would presume, to complete your fellowship training.

I'll submit the letter forthwith.

Best regards,

Charlie Tischler

---

**From:** neelu pal [mailto:neelupal@hotmail.com]
**Sent:** Thursday, June 15, 2006 2:55 PM
**To:** Tischler, Charles Dennis
**Subject:** RE: Reference

Dr. Tischler,

I have accepted a fellowship position with Dr. Robert Brolin at University Medical Center in Princeton. After a lot of serious thought I have decided that it is important for me to complete fellowship training. The situation at NYU remains unresolved, but I realize that I must continue on with my training and life as best I can. May I request that a letter of reference regarding my residency training at UMDNJ be sent to Ms. Babara Ochlaksi. She is the Medical Staff Manager at UMPC, and tells me that the letter may be sent via email or via fax. Her contact information is:

Barbara K. Ochalski, MS, MA
Manager, Medical Staff Services
Princeton Healthcare System
253 Witherspoon Street
Princeton, NJ 08540
Ph - 609-497-4110
Fax - 609-683-6805
email - barbara.ochalski@princetonhcs.org

I want to thank you for your kind words and continued support.

Sincerely,
Neelu Pal

---

Date: Mon, 8 May 2006 15:58:59 -0400
From: Charles.Tischler@med.va.gov
To: neelupal@hotmail.com

Dear Neelu:

I'm sorry to hear of the difficulties that you've encountered at NYU and I appreciate your forthrightness in relating them.

That certainly does not compromise the high regard that I have for you both personally and professionally, an opinion that I'd be pleased to testify to in a letter of reference.
I hope that such a letter will be helpful.

Just let me know when you'll be needing it and to whom it should be addressed.

Best of luck.

Charlie Tischler

> -----Original Message-----
> From: neelu pal [mailto:neelupal@hotmail.com]
> Sent: Tuesday, May 02, 2006 3:01 PM
> To: Tischler, Charles Dennis
> Cc: charles tischler
> Subject: Reference
>
> Dr. Tischler,
>
> I am applying for general surgery positions and hospital privileges at various hospitals. May I request that you act as a reference for me? I want to let you know that I am not training at the fellowship at NYU at present and have attached a brief outline of the circumstances of the situation. If you can act as a reference for me based on your knowledge of my work ethic and qualifications I would appreciate it. I do realize that the circumstances at NYU may cause you to be reluctant to be a reference for me and that would be disappointing for me, but entirely understandable. Please let me know if I can count on your support. Also if there is any other information I can provide please let me know. I look forward to hearing from you.
>
> Sincerely,
> Neelu Pal
>
> Ad astra per aspera
>
> ---
> Join the next generation of Hotmail and you could win a trip to Africa Upgrade today
>
> ---
> Express yourself instantly with MSN Messenger! MSN Messenger