


DEFENDANT'S EXHIBIT C6

www.pinsco.com
(877) PI-EASY2
(877) 743-2792
746 Alexander Road, Princeton, New Jersey 08540-6305

## Supplemental Form

### Underwriting Questions for Physicians Performing Bariatric Surgeries

Physician Name: __Neelu Pal__     Corporation Name: __University Medical Center at Princeton__

1. Please describe your training regarding bariatric surgery with one or more of the choices below:

    a) If you are an established bariatric surgeon describe to us your experience.
    __Entering one year fellowship in bariatric surgery__

    b) Describe your experience in residence training where bariatric surgery was performed.
    __Hackensack Univ. Med Center → established bariatric surgery program, assisted in cases__

    c) Describe mentoring with an experienced bariatric surgeon and attach a reference letter from that surgeon.
    __Fellowship training__

    d) Describe preceptor training given by and accredited by the American Society for Bariatric Surgeons. (Short Course)
    __One year fellowship__

2. Are you a member of the American Society for Bariatric Surgeons?     Yes   (No)

3. Have you attended an annual meeting of the American Society for Bariatric Surgeons as a member or as a non-member?     Member     Non-Member

4. Describe your continuing education courses related to bariatric surgery you have completed in the last 2 years.
    __none__

5. How many bariatric surgery procedures have you performed in your career? ~__200__ (assisted)
6. How many bariatric surgery procedures have you performed in the last year? ~__200__ (assisted)
7. How many bariatric surgery procedures do you anticipate performing in the next 12 months? __150__
8. What type of bariatric procedure(s) will you perform?

    ___ Biliopancreatic Bypass         ___ Biliopancreatic Bypass with Duodenal Switch
    _X_ Gastric Banding                _X_ Gastric Bypass Long Limb Roux-en-y
    _X_ Gastric Bypass Roux-en-y       _X_ Revisions and/or Re-Operations
    ___ Vertical Banded Gastroplasty   _X_ Surgical treatment for Gastric Leaks   prn

1

Underwriting Questions for Physicians Performing Bariatric Surgeries – Continued

9. What percentage do you perform using laparoscopic? __90__   Open surgery? __10__   } NJ Bariatrics rates
    a. If laparoscopic, have you performed open bariatric procedures?   (Yes)   No
    b. If laparoscopic, do you accept patients for laparoscopic bariatric revisions?   (Yes)   No
    c. If laparoscopic, what other laparoscopic procedures do you perform?
       Laparoscopic Procedure __NA__                Number of Procedures

10. What is your leakage rate? __1%__
11. What is your mortality rate? __0.5%__   } NJ Bariatrics rates
12. What is your complication rate? __<10%__

13. Please list the hospitals where you will be doing bariatric surgery
    __University Medical Center at Princeton, NJ__

14. Do the facilities at which you perform these procedures have proper equipment, facilities, and support staff to accommodate the special patient needs?   (Yes)   No
    (Larger beds, hoists, CAT Scans, etc.)

✱ 15. Describe your informed consent process.
    __Face to face with attending MD__
    __Reviewed with nurse practitioner__

16. Is there documentation reflecting that informed consent was discussed with patient including risks, benefits, alternatives possible complications, etc.   (Yes)   No

17. Do you obtain a signed consent form? (Yes)   No   If yes, please attach a copy of your consent form.

✱ 18. Describe how you qualify the patient as a candidate for bariatric surgery.
    __Per NIH guidelines__

✱ 19. Describe what post operative support services are available to your patients.
    __Nutrition counselling__
    __Psych       "__
    __GI and other medical specialties__

✱ Note that both New Jersey Bariatrics, P.C. and the University Med Ctr at Princeton are designated as a national bariatric surgery Center of Excellence.

20. Do you own or operate any healthcare facility with bed and board facilities of laboratory or other business enterprise?   Yes   (No)

    If yes, provide details:

    _____

    _____

21. Do you perform any procedures or diagnostic test in your office that you are not credentialed to do in any healthcare facility?   Yes   (No)

    If yes, provide details:

    _____

_____          June 7, 2006
Signature          Date

3