DEFENDANT'S EXHIBIT W6

## W-2 Wage and Tax Statement 2006

**PRINCETON HEALTHCARE SYSTEM**
253 WITHERSPOON ST.
PRINCETON NJ 08540-3213

21-0635009

**NEELU PAL, MD**
20 RIVER CT, #809
JERSEY CITY NJ 07310

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

| | | |
|---|---|---|
| | 9111.60 | |
| | 22895.44 | 454.44 |
| | 22895.44 | 1419.52 |
| | | 331.98 |
| X | | 9.36 |
| | | C   E |
| NJ DI | 114.48 | 13783.84 |
| SUI | 87.58 | |
| SUI-W | 9.73 | |

15 NJ 210-635-009/000   16 22895.44   17 375.76   18

Copy C For EMPLOYEE'S RECORDS (See notice to Employee on back of Copy B)

---

## W-2 Wage and Tax Statement 2006

**PRINCETON HEALTHCARE SYSTEM**
253 WITHERSPOON ST.
PRINCETON NJ 08540-3213

21-0635009

**NEELU PAL, MD**
20 RIVER CT, #809
JERSEY CITY NJ 07310

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

| | | |
|---|---|---|
| | 9111.60 | |
| | 22895.44 | 454.44 |
| | 22895.44 | 1419.52 |
| | | 331.98 |
| X | | 9.36 |
| | | C   E |
| NJ DI | 114.48 | 13783.84 |
| SUI | 87.58 | |
| SUI-W | 9.73 | |

15 NJ 210-635-009/000   16 22895.44   17 375.76   18

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

---

## W-2 Wage and Tax Statement 2006

**PRINCETON HEALTHCARE SYSTEM**
253 WITHERSPOON ST.
PRINCETON NJ 08540-3213

21-0635009

**NEELU PAL, MD**
20 RIVER CT, #809
JERSEY CITY NJ 07310

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

| | | |
|---|---|---|
| | 9111.60 | |
| | 22895.44 | 454.44 |
| | 22895.44 | 1419.52 |
| | | 331.98 |
| X | | 9.36 |
| | | C   E |
| NJ DI | 114.48 | 13783.84 |
| SUI | 87.58 | |
| SUI-W | 9.73 | |

15 NJ 210-635-009/000   16 22895.44   17 375.76   18

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

2006 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2006** — Employee Reference Copy (Copy C)

Control number: 18211 VKS / 9846

Employer:
NYU HOSPITALS CENTER
560 FIRST AVENUE
NEW YORK, NY 10016

Employee:
NEELU PAL
20 RIVER COURT
# 809
JERSEY CITY, NJ 07310

Employer's FED ID number: 13-3971298
Employee's SSA number: 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 7475.47 |
| 2 | Federal income tax withheld | 756.97 |
| 3 | Social security wages | 9771.60 |
| 4 | Social security tax withheld | 605.84 |
| 5 | Medicare wages and tips | 9771.60 |
| 6 | Medicare tax withheld | 141.69 |
| 12a | E | 2304.45 |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| 15 | State / Employer's state ID no. | NY  133971298 |
| 16 | State wages, tips, etc. | 7475.47 |
| 17 | State income tax | 347.52 |



NEELU PAL
20 RIVER COURT
# 809
JERSEY CITY, NJ 07310

Social Security Number: 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

© 2005 AUTOMATIC DATA PROCESSING, INC.

NY State Filing Copy — W-2 Wage and Tax Statement 2006
City or Local Filing Copy — W-2 Wage and Tax Statement 2006

(Duplicate W-2 forms with identical values: wages 7475.47, fed tax 756.97, SS wages 9771.60, SS tax 605.84, Medicare wages 9771.60, Medicare tax 141.69, 12a E 2304.45, state NY 133971298, state wages 7475.47, state income tax 347.52; Control number 0001018211 VKS / 9846; Employer NYU HOSPITALS CENTER, 560 FIRST AVENUE, NEW YORK, NY 10016; Employee NEELU PAL, 20 RIVER COURT # 809, JERSEY CITY, NJ 07310; FED ID 13-3971298; SSA 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.)