

DEFENDANT'S EXHIBIT B7

Windows Live Hotmail Print Message        Pal 3-000058                                   Page 1 of 1

Windows Live™

## RE: Contact information for lawyer
From: **Bob Bloch** (rsbmd@bellatlantic.net)
Sent: Mon 9/24/07 8:46 PM
To: 'neelu pal' (neelupal@hotmail.com)

Neelu,

I am sorry to say, but I do not think this is going to work. While I realize that you probably did the "right thing", both Jim and I are very concerned about some of the legal ramifications of this. I do not think that we can take a chance of going forward with you joining our practice at the present time. I feel bad because I am very impressed with you.
I do not yet have a answer from Corporate legal, but I think that your relationship with us is different from your relationship with CHS and with Easton. I will answer you tomm after I get a final answer from Brentwood.
I wish you well and will help you in anyway with your job search. I would be more than willing to talk with any future employer if you think it would help.

-----Original Message-----
**From:** neelu pal [mailto:neelupal@hotmail.com]
**Sent:** Monday, September 24, 2007 4:04 PM
**To:** jkorenjr2000@yahoo.com; robert bloch
**Subject:** FW: Contact information for lawyer

Hi Drs. Bloch and Koren,
I need to know soon, if possible today, what your decision is regarding my getting privileges st Easton Hospital. If I cannot get privileges, I will have to cancel my plans to move, renew my current lease, as well a cancel my application for malpractice insurance. Please let me know if there is any other information that I can provide to help you make the decision.
Best Regards
Neelu Pal

From: neelupal@hotmail.com
To: rsbmd@bellatlantic.net
Subject: Contact information for lawyer
Date: Fri, 21 Sep 2007 20:00:31 +0000

Hi Dr. Bloch,

As per our telephone conversation today I understand that it may not be possible for me to get privileges at Easton Hospital due to the NYU situation and also the ongoing OPMC investigation against me. In that case should I make the effort to get my medical school credentials verified? Let me know when you have information about whether or not I can get privileges at all. I have attached parts of the documents that the State Board of NY sent me. I think I submitted these complete documents as part of the hospital application. I have also attached a copy of the complaint against NYU.

My lawyer is Jason Solotaroff (212-847-8315). Edwin Deitch is the Chairman at



Windows Live Hotmail Print Message     Pal 3-000059     Page 2 of 1



my residency program at UMDNJ (973-972-5045). Larry Matlin is the person that you could speak with at the OPMC regarding the status of the investigation (212-417-4194).

Let me know as soon as possible about where I stand with the privileges, and whether I should make the effort to get verification from my medical school and go ahead with other part of the process (malpractice insurance, setting up a PC etc). Ler me know if there is any other information/documents that I can provide. I look forward to hearing from you.

Best Regards
Neelu Pal

Kick back and relax with hot games and cool activities at the Messenger Café. Play now!

Kick back and relax with hot games and cool activities at the Messenger Café. Play now!

