

September 15-26th (or 27th)
1. attempted to contact and set up appointment at human resources multiple times to fill out I-9 form, was told that the house staff office or department of surgery has to set up this appointment on my behalf; contacted both dept. of surgery and house staff office (Amy Heck) multiple times regarding this with no resolution. Finally I just went up to the HR office at Park avenue and told the manager that I needed to fill out I-9 since I was starting work on October 1st. She allowed me to fill out the form. Also filled out change of address, direct deposit and Wage works forms.
2. Was told by Amy Heck that I was cleared to start working on October 1st, and that the remaining pending letter of recommendation could be obtained at a later date

October 10-20th
1. was contacted by Amy Heck via the bariatric surgery department secretary regarding the pending letter of recommendation and told that I could not work, since I was not cleared.
2. spoke with Debra Constandine regarding this and also that I was told by Amy that I was cleared to start work. Was told by Ms. Constandine that I was indeed cleared conditionally, ie I could work but that the letter should be provided at a later date with no time frame or deadline being specified.
3. I requested the letter from my residency program office and it was faxed to the number provided attn to Dr. Carol Bernstein.

November
1. I contacted Amy Heck to find out the status my clearance for working. She told me the letter had not been received. I requested the letter again form my program and also gave a contact number for Sheila Daniels, secretary to Edwin Dietch, the chairman of my general surgery residency program so that the latter could be sent to Amy directly. I also found out that the lettr had been faxed over to Amy Heck multiple times previously.
2. After Amy received the letter, she contacted me via email to inform me that now she needed a certificate of completion of internship from the program where I completed my intern year. I gave her the contact information for the program. I also informed her that this was not requested anywhere in the application and also that this part of my training had been independently verified by the FCVS, which had provided the credential verifications for my NY state medical license. I did not receive any follow up email or further instructions/information from Amy.
3. Attempted to log on to wage works and was unable to do so. Contacted HR office multiple times regarding this and was told that it takes time for the information to get transmitted from them to wage works and that I should keep trying/try at a later date.
4. received a benefits enrollment/update package via mail from HR addressed to my previous address. Also received a package for another employee in a separate envelope, addressed to my previous address.

CONFIDENTIAL                                        D 00449

5. contacted HR regarding this and also to confirm that my address was indeed correctly entered in the system. Was told to fill out a change of address form which I did again at the Park Avenue office.

December
1. Once again attempted to log on to wage works and since I was unable to do so, I went to HR office after calling them multiple times with no resolution. Filled out a change of address form yet again. Also spoke with a secretary who printed out my profile/information from the computer and showed it to me to confirm accuracy. My date of birth was entered incorrectly as was address. Also the pay scale was different. She told me to enter the incorrect date of birth to log on to wage works. I refused and said that the correct information should be entered before I did so. She told me that I would be contacted at a later date regarding this.
2. Have not received any further information/instructions.

**CONFIDENTIAL**       D 00450